# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANTONI MUHAWI, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 18-cv-02022 |
| PANGEA EQUITY PARTNERS, *et al.*, ) ) ) | Hon. Manish S. Shah Magistrate Judge Mary M. Rowland |
| Defendants. ) ) | |

## PANGEA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Pangea Equity Partners, Pangea Equity Partners, LP, Pangea Equity Partners II, LP, Pangea Properties, Pangea Ventures, LLC, Pangea Real Estate, and Pangea Real Estate Holdings, LLC (collectively, "the Pangea Defendants"), move for summary judgment pursuant to Federal Rule of Civil Procedure 56(c), and in support submit their accompanying Memorandum of Law, Statement of Material Facts, Declaration of Krusha Evans, Declaration of Patrick Borchard, and supporting exhibits.

WHEREFORE, the Pangea Defendants respectfully request that the Court grant their motion and grant such further relief as the Court deems just and proper.

Dated: January 27, 2022

Respectfully submitted,

Pangea Equity Partners, Pangea Equity Partners, LP, Pangea Equity Partners II, LP, Pangea Properties, Pangea Ventures, LLC, Pangea Real Estate, and Pangea Real Estate Holdings, LLC

By: /s/ Brian Hayes
One of Their Attorneys

Brian Hayes [ARDC#6332059]
Holland & Knight LLP
150 N. Riverside Plaza, Ste. 2700
Chicago, IL 60606
312-263-3600
brian.hayes@hklaw.com

#154523753_v1