# EXHIBIT A



# FW: Carolyn Davenport n012233 -- Rent Roll Requested
2 messages

**David Jaffee** <djaffee@pangeare.com>  Wed, Apr 22, 2015 at 2:10 PM
To: Jennifer Dean <jdean@pangeare.com>, Patrick Borchard <pborchard@pangeare.com>

Boom! For now…

---

**From:** Brenda Jimenez [mailto:bjimenez@pangeare.com]
**Sent:** Wednesday, April 22, 2015 2:08 PM
**To:** David Jaffee
**Subject:** FW: Carolyn Davenport n012233 -- Rent Roll Requested

Anddddddd that was that

---

**From:** Meshkova, Erena [mailto:EMeshkova@chacontractor.org]
**Sent:** Wednesday, April 22, 2015 2:08 PM
**To:** 'Brenda Jimenez'
**Cc:** Buckingham, Keegan
**Subject:** RE: Carolyn Davenport n012233 -- Rent Roll Requested

Hi Brenda,

I have just received word from the Leasing Supervisor that we are to proceed with unit setups for Pangea. Ms. Davenport's unit will be set up for inspection today.

Thanks!

~Erena

---

**From:** Meshkova, Erena
**Sent:** Wednesday, April 22, 2015 10:25 AM
**To:** 'Brenda Jimenez'
**Cc:** Buckingham, Keegan
**Subject:** RE: Carolyn Davenport n012233 -- Rent Roll Requested

Hi Brenda,

EXHIBIT A - 001

It seems like our organizational stipulations are a bit at odds here. I understand that you cannot continue to hold the unit for Ms. Davenport. At the same time, we on our end cannot set the unit up for inspection without having first received the rent roll. So, while the CHA is not DNL'ing the unit, it may end up that way organically. If/when the rent roll is received, I will follow up with you regarding the availability of the unit for Ms. Davenport.

Thanks!

~Erena

---

**From:** Brenda Jimenez [mailto:bjimenez@pangeare.com]
**Sent:** Tuesday, April 21, 2015 3:47 PM
**To:** Meshkova, Erena
**Cc:** Buckingham, Keegan
**Subject:** RE: Carolyn Davenport n012233 -- Rent Roll Requested

Erena,

Unfortunately, I don't have access to run the rent roll reports but I do know that my manager forwarded those both via email and mail. Hopefully they make it to you soon. Should I be releasing the hold on this unit for Ms. Davenport?

Thank you,

Brenda

---

**From:** Meshkova, Erena [mailto:EMeshkova@chacontractor.org]
**Sent:** Monday, April 20, 2015 1:38 PM
**To:** 'subsidy@pangeare.com'; 'Brenda Jimenez'
**Cc:** Buckingham, Keegan
**Subject:** RE: Carolyn Davenport n012233 -- Rent Roll Requested

Hi Brenda,

Ms. Davenport's unit setup is still pending. Please submit the rent roll so that we can go ahead and set the unit up. Otherwise, I am afraid that we will be forced to cancel this move, as it is out of compliance.

Thanks!

~Erena

**From:** Meshkova, Erena
**Sent:** Friday, April 10, 2015 4:25 PM
**To:** 'Brenda Jimenez'
**Cc:** Buckingham, Keegan
**Subject:** Carolyn Davenport n012233 -- Rent Roll Requested

Hi Brenda,

The Housing Specialists in the Leasing Department were informed today that going forward, all Pangea RTAs must be submitted together with a rent roll. Would it be at all possible for you to email the rent roll to myself and my colleague Mr. Buckingham? If we set up the unit for inspection without first collecting this document, we will be out of compliance.

Thanks, and have a great weekend!

~Erena



**Erena Meshkova** | Housing Specialist, Housing Choice Voucher Program

Phone 312.935.2600 Ext. 3259 | Fax 312.786.3381 |

Chicago Housing Authority | 60 E. Van Buren St. | Chicago, IL 60605

emeshkova@chacontractor.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

---

**Jennifer Dean** <jdean@pangeare.com>               Wed, Apr 22, 2015 at 2:11 PM
To: David Jaffee <djaffee@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>

No one wants to look at it.

**Jennifer L. Dean**
*In-House Counsel | Pangea Properties*
o **312.985.0813** | e **jdean@pangeare.com**
**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**
**PangeaRE | Like Us | Follow Us**

<u>Pangea is one of Forbes America's Most Promising Companies in 2015</u>

---

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Jennifer Dean" <jdean@pangeare.com>, "Patrick Borchard" <pborchard@pangeare.com>
**Sent:** Wednesday, April 22, 2015 2:10:00 PM

[Quoted text hidden]

**EXHIBIT A - 004**