# EXHIBIT B



Jennifer Dean <jdean@pangeare.com>

## FW: Rent Rolls
1 message

**David Jaffee** <djaffee@pangeare.com>     Fri, Apr 10, 2015 at 4:38 PM
To: Jennifer Dean <jdean@pangeare.com>, Elisabeth Jackson <ejackson@pangeare.com>
Cc: Andrew Dieckelman <adieckelman@pangeare.com>, Jeremy Pawlak <jpawlak@pangeare.com>, Brenda Jimenez
<bjimenez@pangeare.com>

BJ, please hold off on any response.

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls

Brenda,

After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents. We would
like copies of the rent rolls for the buildings that you have HCV residents in. Please know that we have gotten rent rolls
from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the
complaints.

Please let me know when we can expect the documents.

Best regards,

Cheryl



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**EXHIBIT B - 001**

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

EXHIBIT B - 002



Jennifer Dean <jdean@pangeare.com>

---

## Re: Rent Rolls
1 message

Jennifer Dean <jdean@pangeare.com>                                                    Tue, Apr 14, 2015 at 6:55 PM
To: David Jaffee <djaffee@pangeare.com>

████████████████████████████████████████████████████████

On Apr 10, 2015, at 4:38 PM, David Jaffee <djaffee@pangeare.com> wrote:

██████████████████████████████

BJ, please hold off on any response.

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls

Brenda,

After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents. We would like copies of the rent rolls for the buildings that you have HCV residents in. Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.

Please let me know when we can expect the documents.

Best regards,

Cheryl

---

<image001.png>    **Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

**EXHIBIT B - 003**

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

EXHIBIT B - 004



Jennifer Dean <jdean@pangeare.com>

---

## FW: Rent Rolls
1 message

**David Jaffee** <djaffee@pangeare.com>  Wed, Apr 15, 2015 at 6:31 PM
To: Jennifer Dean <jdean@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>

**David Jaffee**

Operations Manager | Pangea Properties

O 312.924.5745 ext. 246 |m **847.567.4248** | e **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |Like Us | Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez

**EXHIBIT B - 005**

**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls


Brenda,


After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents.  We would like copies of the rent rolls for the buildings that you have HCV residents in.  Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.


Please let me know when we can expect the documents.


Best regards,


Cheryl

---



**Cheryl L Burns** | Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 | Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised  hat any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.



**Jennifer Dean <jdean@pangeare.com>**

---

## Re: Rent Rolls
1 message

---

**Jennifer Dean** <jdean@pangeare.com>          Wed, Apr 15, 2015 at 7:17 PM
To: David Jaffee <djaffee@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>

On Apr 15, 2015, at 6:31 PM, David Jaffee <djaffee@pangeare.com> wrote:

**David Jaffee**

Operations Manager | Pangea Properties

**O** 312.924.5745 ext. 246  |**m** **847.567.4248** | **e** djaffee@pangeare.com

**EXHIBIT B - 007**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com** |**Like Us** | **Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls

Brenda,

After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents. We would like copies of the rent rolls for the buildings that you have HCV residents in. Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.

Please let me know when we can expect the documents.

Best regards,

Cheryl

---

<image001.png> **Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribu ion of this message is prohibited.

Please consider the environment before printing this email.

**EXHIBIT B - 008**



Jennifer Dean <jdean@pangeare.com>

## Re: Rent Rolls
1 message

**Jennifer Dean** <jdean@pangeare.com>                    Wed, Apr 15, 2015 at 7:19 PM
To: David Jaffee <djaffee@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>

On Apr 15, 2015, at 6:31 PM, David Jaffee <djaffee@pangeare.com> wrote:

**David Jaffee**

Operations Manager | Pangea Properties

**O** 312.924.5745 ext. 246  |**m** **847.567.4248** | **e** **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |Like Us | Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

**EXHIBIT B - 009**

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls


Brenda,


After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents.  We would like copies of the rent rolls for the buildings that you have HCV residents in.  Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.


Please let me know when we can expect the documents.


Best regards,


Cheryl

---

<image001.png>       **Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribu ion of this message is prohibited.

Please consider the environment before printing this email.



Jennifer Dean <jdean@pangeare.com>

---

## RE: Rent Rolls
1 message

---

**David Jaffee** <djaffee@pangeare.com>          Thu, Apr 16, 2015 at 8:31 AM
To: Jennifer Dean <jdean@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>

Thanks JD. Email is out, will let you know when we get the volley back.

---

**From:** Jennifer Dean [mailto:jdean@pangeare.com]
**Sent:** Wednesday, April 15, 2015 7:17 PM
**To:** David Jaffee
**Cc:** Patrick Borchard; Steve Joung
**Subject:** Re: Rent Rolls



On Apr 15, 2015, at 6:31 PM, David Jaffee <djaffee@pangeare.com> wrote:



---

**EXHIBIT B - 011**



**David Jaffee**

Operations Manager | Pangea Properties

O 312.924.5745 ext. 246 |m 847.567.4248 | e djaffee@pangeare.com

640 N La Salle Street | Suite 638 | Chicago, IL. 60654

www.PangeaRE.com |Like Us | Follow Us

*Pangea is one of Forbes America's Most Promising Companies in 2015*

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls

Brenda,

After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents. We would like copies of the rent rolls for the buildings that you have HCV residents in. Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.

Please let me know when we can expect the documents.

Best regards,

Cheryl

<image001.png>    **Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

**EXHIBIT B - 012**

Case: 1:18-cv-02022 Document #: 70-2 Filed: 01/27/22 Page 14 of 44 PageID #:475

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribu ion of this message is prohibited.

Please consider the environment before printing this email.

EXHIBIT B - 013



Jennifer Dean <jdean@pangeare.com>

## RE: Rent Rolls
1 message

**Patrick Borchard** <pborchard@pangeare.com>     Thu, Apr 16, 2015 at 8:32 AM
To: David Jaffee <djaffee@pangeare.com>, Jennifer Dean <jdean@pangeare.com>
Cc: Steve Joung <sjoung@pangeare.com>

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Wednesday, April 15, 2015 6:31 PM
**To:** Jennifer Dean
**Cc:** Patrick Borchard; Steve Joung
**Subject:** FW: Rent Rolls



**EXHIBIT B - 014**

**David Jaffee**

Operations Manager | Pangea Properties

**O** 312.924.5745 ext. 246 **|m** 847.567.4248 | **e** djaffee@pangeare.com

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |Like Us | Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls

Brenda,

After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents. We would like copies of the rent rolls for the buildings that you have HCV residents in. Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.

Please let me know when we can expect the documents.

Best regards,

Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised hat any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.



Jennifer Dean <jdean@pangeare.com>

---

## FW: Rent Rolls
1 message

---

**David Jaffee** <djaffee@pangeare.com>            Thu, Apr 16, 2015 at 10:58 AM
To: Jennifer Dean <jdean@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>

That was fast.  Let me know if you want to meet.  A few initial thoughts:


• ████████████████████████████

• If we decide we have to, I can set up road blocks to make analysis difficult—Limit info to building, unit, rent.  Print to PDF, then rescan it so they can't scrape any data.  Potentially even mail.

• Remind them that rents will vary greatly depending on work done to the unit.  Many of our tenants are still on inherited leases so the requested amount for a rehabbed unit may be higher than the inherited rents.


I can also start compiling the damage here to see how damning the evidence is if you think it's worth it.


DJ

---

**From:** Burns, Cheryl [mailto: CBurns@thecha.org]
**Sent:** Thursday, April 16, 2015 9:03 AM
**To:** 'David Jaffee'; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls


Good morning David,


We appreciate your responsibility to ensure the privacy of your residents, we too share that concern.  What we are requesting is a copy of the rent rolls with names redacted that would allow us to be certain that there is no validity to complaints we are receiving regarding rental rates from our clients.  This will not become a part of any regular process on our part, but will ultimately allow us to make a determination based upon facts.


Please refer to your HAP contract for language that supports our demanding this information.  It can be found in Section 6 D (page 5)"During the HAP contract term, the rent to owner may not exceed rent charged by the owner for comparable unassisted units in the premises.  The owner must give the PHA any information requested by the PHA on rents charged by the owner for other units in the premises or elsewhere."


Please let us know when we can expect this information.

**EXHIBIT B - 016**

Best regards,


Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised  hat any review, use, reproduction or distribution of this message is prohibited.


Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 8:31 AM
**To:** Burns, Cheryl; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls


Cheryl,


We are dedicated to the partnership between Pangea and CHA and have done our best to place CHA tenants in quality units.  We've discussed this internally and think the request creates an undue burden on our company.  We have been unable to identify where in the CHA program a landlord is required to provide this information.  Specifically, our concerns include:


1)   We have no obligation to violate privacy regulations regarding consumer information disclosure.  Our market tenants did not sign off on having this information released, and we would never release this information to a market tenant who requested it.


2)   We have a fiduciary responsibility to our investors to protect this information.  We have a dynamic pricing model that is a significant component of our proprietary, business knowledge, and sharing this creates a financial burden on the company.


3)   This will delay the tenant move in process even further.  Ongoing requests for this information during the CHA process are impeding our ability to honor our commitments to valued CHA tenants whose applications are on hold in your offices.


Best,

**David Jaffee**

Operations Manager | Pangea Properties

**O** 312.924.5745 ext. 246 |**m** 847.567.4248 | **e** djaffee@pangeare.com

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com** |**Like Us** | **Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls


Brenda,


After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents.  We would like copies of the rent rolls for the buildings that you have HCV residents in.  Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.


Please let me know when we can expect the documents.


Best regards,


Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**EXHIBIT B - 018**



Jennifer Dean <jdean@pangeare.com>

---

## RE: Rent Rolls
1 message

**Steven Joung** <sjoung@pangeare.com>             Thu, Apr 16, 2015 at 11:24 AM
To: David Jaffee <djaffee@pangeare.com>, Jennifer Dean <jdean@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>

███████████████████████████████████████████████████████████

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 10:58 AM
**To:** Jennifer Dean
**Cc:** Patrick Borchard; Steve Joung
**Subject:** FW: Rent Rolls


That was fast.  Let me know if you want to meet.  A few initial thoughts:


- ████████████████████████████████

- If we decide we have to, I can set up road blocks to make analysis difficult—Limit info to building, unit, rent.  Print to PDF, then rescan it so they can't scrape any data.  Potentially even mail.

- Remind them that rents will vary greatly depending on work done to the unit.  Many of our tenants are still on inherited leases so the requested amount for a rehabbed unit may be higher than the inherited rents.


I can also start compiling the damage here to see how damning the evidence is if you think it's worth it.


DJ


---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Thursday, April 16, 2015 9:03 AM
**To:** 'David Jaffee'; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls


Good morning David,

**EXHIBIT B - 019**

We appreciate your responsibility to ensure the privacy of your residents, we too share that concern.  What we are requesting is a copy of the rent rolls with names redacted that would allow us to be certain that there is no validity to complaints we are receiving regarding rental rates from our clients.  This will not become a part of any regular process on our part, but will ultimately allow us to make a determination based upon facts.

Please refer to your HAP contract for language that supports our demanding this information.  It can be found in Section 6 D (page 5)"During the HAP contract term, the rent to owner may not exceed rent charged by the owner for comparable unassisted units in the premises.  The owner must give the PHA any information requested by the PHA on rents charged by the owner for other units in the premises or elsewhere."

Please let us know when we can expect this information.

Best regards,

Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60565

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 8:31 AM
**To:** Burns, Cheryl; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls

Cheryl,

We are dedicated to the partnership between Pangea and CHA and have done our best to place CHA tenants in quality units.  We've discussed this internally and think the request creates an undue burden on our company.  We have been unable to identify where in the CHA program a landlord is required to provide this information.  Specifically, our concerns include:

1)    We have no obligation to violate privacy regulations regarding consumer information disclosure.  Our market tenants did not sign off on having this information released, and we would never release this information to a market tenant who requested it.

EXHIBIT B - 020

2)    We have a fiduciary responsibility to our investors to protect this information.  We have a dynamic pricing model that is a significant component of our proprietary, business knowledge, and sharing this creates a financial burden on the company.


3)    This will delay the tenant move in process even further.  Ongoing requests for this information during the CHA process are impeding our ability to honor our commitments to valued CHA tenants whose applications are on hold in your offices.


Best,

**David Jaffee**

Operations Manager | Pangea Properties

O **312.924.5745 ext. 246**  |m **847.567.4248 | e djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |Like Us | Follow Us**

_Pangea is one of Forbes America's Most Promising Companies in 2015_


---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls


Brenda,


After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents.  We would like copies of the rent rolls for the buildings that you have HCV residents in.  Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.


Please let me know when we can expect the documents.


Best regards,


Cheryl

---

**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

**EXHIBIT B - 021**

Pangea Ventures, LLC Mail - RE: Reasons

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

EXHIBIT B - 022



Jennifer Dean <jdean@pangeare.com>

## RE: Rent Rolls
1 message

**Steven Joung** <sjoung@pangeare.com>                                      Thu, Apr 16, 2015 at 11:24 AM
To: David Jaffee <djaffee@pangeare.com>, Jennifer Dean <jdean@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>

Then again, I think Pat and Jenny much better than me  at managing this stuff ☺

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 10:58 AM
**To:** Jennifer Dean
**Cc:** Patrick Borchard; Steve Joung
**Subject:** FW: Rent Rolls

That was fast.  Let me know if you want to meet.  A few initial thoughts:

- ███████████████████████████████████████████

- If we decide we have to, I can set up road blocks to make analysis difficult—Limit info to building, unit, rent.  Print to PDF, then rescan it so they can't scrape any data.  Potentially even mail.

- Remind them that rents will vary greatly depending on work done to the unit.  Many of our tenants are still on inherited leases so the requested amount for a rehabbed unit may be higher than the inherited rents.

I can also start compiling the damage here to see how damning the evidence is if you think it's worth it.

DJ

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Thursday, April 16, 2015 9:03 AM
**To:** 'David Jaffee'; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls

Good morning David,

We appreciate your responsibility to ensure the privacy of your residents, we too share that concern.  What we are requesting is a copy of the rent rolls with names redacted that would allow us to be certain that there is no validity to

EXHIBIT B - 023

complaints we are receiving regarding rental rates from our clients.  This will not become a part of any regular process on our part, but will ultimately allow us to make a determination based upon facts.


Please refer to your HAP contract for language that supports our demanding this information.  It can be found in Section 6 D (page 5)"During the HAP contract term, the rent to owner may not exceed rent charged by the owner for comparable unassisted units in the premises.  The owner must give the PHA any information requested by the PHA on rents charged by the owner for other units in the premises or elsewhere."


Please let us know when we can expect this information.


Best regards,


Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 8:31 AM
**To:** Burns, Cheryl; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls


Cheryl,


We are dedicated to the partnership between Pangea and CHA and have done our best to place CHA tenants in quality units.  We've discussed this internally and think the request creates an undue burden on our company.  We have been unable to identify where in the CHA program a landlord is required to provide this information.  Specifically, our concerns include:


1)    We have no obligation to violate privacy regulations regarding consumer information disclosure.  Our market tenants did not sign off on having this information released, and we would never release this information to a market tenant who requested it.

EXHIBIT B - 024

2)    We have a fiduciary responsibility to our investors to protect this information.  We have a dynamic pricing model that is a significant component of our proprietary, business knowledge, and sharing this creates a financial burden on the company.

3)    This will delay the tenant move in process even further.  Ongoing requests for this information during the CHA process are impeding our ability to honor our commitments to valued CHA tenants whose applications are on hold in your offices.

Best,

**David Jaffee**

Operations Manager | Pangea Properties

O **312.924.5745 ext. 246** |m **847.567.4248** | e **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |Like Us** | **Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls

Brenda,

After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents.  We would like copies of the rent rolls for the buildings that you have HCV residents in.  Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.

Please let me know when we can expect the documents.

Best regards,

Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

**EXHIBIT B - 025**

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised  hat any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**EXHIBIT B - 026**



Jennifer Dean <jdean@pangeare.com>

---

## Re: Rent Rolls
1 message

---

Jennifer Dean <jdean@pangeare.com>                                    Thu, Apr 16, 2015 at 11:53 AM
To: Steven Joung <sjoung@pangeare.com>
Cc: David Jaffee <djaffee@pangeare.com>, Patrick Borchard <pborchard@pangeare.com>

**Jennifer L. Dean**

*In-House Counsel | Pangea Properties*

o **312.985.0813** | e **jdean@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**PangeaRE | Like Us | Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** "Steven Joung" <sjoung@pangeare.com>
**To:** "David Jaffee" <djaffee@pangeare.com>, "Jennifer Dean" <jdean@pangeare.com>
**Cc:** "Patrick Borchard" <pborchard@pangeare.com>
**Sent:** Thursday, April 16, 2015 11:24:17 AM
**Subject:** RE: Rent Rolls

**EXHIBIT B - 027**

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 10:58 AM
**To:** Jennifer Dean
**Cc:** Patrick Borchard; Steve Joung
**Subject:** FW: Rent Rolls

That was fast.  Let me know if you want to meet.  A few initial thoughts:

- ████████████████████████████████████████

- If we decide we have to, I can set up road blocks to make analysis difficult—Limit info to building, unit, rent.  Print to PDF, then rescan it so they can't scrape any data.  Potentially even mail.

- Remind them that rents will vary greatly depending on work done to the unit.  Many of our tenants are still on inherited leases so the requested amount for a rehabbed unit may be higher than the inherited rents.

I can also start compiling the damage here to see how damning the evidence is if you think it's worth it.

DJ

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Thursday, April 16, 2015 9:03 AM
**To:** 'David Jaffee'; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls

Good morning David,

We appreciate your responsibility to ensure the privacy of your residents, we too share that concern.  What we are requesting is a copy of the rent rolls with names redacted that would allow us to be certain that there is no validity to complaints we are receiving regarding rental rates from

EXHIBIT B - 028

Case: 1:18-cv-02022 Document #: 70-2 Filed: 01/27/22 Page 30 of 44 PageID #:491

our clients.  This will not become a part of any regular process on our part, but will ultimately allow us to make a determination based upon facts.

Please refer to your HAP contract for language that supports our demanding this information.  It can be found in Section 6 D (page 5)"During the HAP contract term, the rent to owner may not exceed rent charged by the owner for comparable unassisted units in the premises.  The owner must give the PHA any information requested by the PHA on rents charged by the owner for other units in the premises or elsewhere."

Please let us know when we can expect this information.

Best regards,

Cheryl



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 8:31 AM
**To:** Burns, Cheryl; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls

Cheryl,

We are dedicated to the partnership between Pangea and CHA and have done our best to place CHA tenants in quality units.  We've discussed this internally and think the request creates an

EXHIBIT B - 029

undue burden on our company.  We have been unable to identify where in the CHA program a landlord is required to provide this information.  Specifically, our concerns include:

1)   We have no obligation to violate privacy regulations regarding consumer information disclosure.  Our market tenants did not sign off on having this information released, and we would never release this information to a market tenant who requested it.

2)   We have a fiduciary responsibility to our investors to protect this information.  We have a dynamic pricing model that is a significant component of our proprietary, business knowledge, and sharing this creates a financial burden on the company.

3)   This will delay the tenant move in process even further.  Ongoing requests for this information during the CHA process are impeding our ability to honor our commitments to valued CHA tenants whose applications are on hold in your offices.

Best,

**David Jaffee**

Operations Manager | Pangea Properties

O **312.924.5745 ext. 246**  |m **847.567.4248** | e **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |**Like Us **| Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls

Brenda,

After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents.  We would like copies of the rent rolls for the buildings that you have HCV

EXHIBIT B - 030

residents in.  Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.


Please let me know when we can expect the documents.


Best regards,


Cheryl

---



**Cheryl L Burns** | Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.


Please consider the environment before printing this email.

**EXHIBIT B - 031**



Jennifer Dean <jdean@pangeare.com>

---

## FW: Rent Rolls
1 message

**David Jaffee** <djaffee@pangeare.com>       Fri, Apr 17, 2015 at 3:09 PM
To: Jennifer Dean <jdean@pangeare.com>

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Thursday, April 16, 2015 9:03 AM
**To:** 'David Jaffee'; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls

Good morning David,

We appreciate your responsibility to ensure the privacy of your residents, we too share that concern.  What we are requesting is a copy of the rent rolls with names redacted that would allow us to be certain that there is no validity to complaints we are receiving regarding rental rates from our clients.  This will not become a part of any regular process on our part, but will ultimately allow us to make a determination based upon facts.

Please refer to your HAP contract for language that supports our demanding this information.  It can be found in Section 6 D (page 5)"During the HAP contract term, the rent to owner may not exceed rent charged by the owner for comparable

**EXHIBIT B - 032**

unassisted units in the premises.  The owner must give the PHA any information requested by the PHA on rents charged by the owner for other units in the premises or elsewhere."


Please let us know when we can expect this information.


Best regards,


Cheryl



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidenial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.


**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 8:31 AM
**To:** Burns, Cheryl; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls


Cheryl,


We are dedicated to the partnership between Pangea and CHA and have done our best to place CHA tenants in quality units.  We've discussed this internally and think the request creates an undue burden on our company.  We have been unable to identify where in the CHA program a landlord is required to provide this information.  Specifically, our concerns include:


1)   We have no obligation to violate privacy regulations regarding consumer information disclosure.  Our market tenants did not sign off on having this information released, and we would never release this information to a market tenant who requested it.


2)   We have a fiduciary responsibility to our investors to protect this information.  We have a dynamic pricing model that is a significant component of our proprietary, business knowledge, and sharing this creates a financial burden on the company.

**EXHIBIT B - 033**

3)   This will delay the tenant move in process even further. Ongoing requests for this information during the CHA process are impeding our ability to honor our commitments to valued CHA tenants whose applications are on hold in your offices.


Best,

**David Jaffee**

Operations Manager | Pangea Properties

O **312.924.5745 ext. 246** |m **847.567.4248** | e **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |** Like Us | Follow Us

_Pangea is one of Forbes America's Most Promising Companies in 2015_

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls


Brenda,


After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents. We would like copies of the rent rolls for the buildings that you have HCV residents in. Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.


Please let me know when we can expect the documents.


Best regards,


Cheryl

---



**Cheryl L Burns** | Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

**EXHIBIT B - 034**

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

EXHIBIT B - 035



Jennifer Dean <jdean@pangeare.com>

---

## Fwd: Rent Rolls
1 message

---

**David Jaffee** <djaffee@pangeare.com>            Mon, Jun 15, 2015 at 2:32 PM
To: Jennifer Dean <jdean@pangeare.com>, Patrick Borchard <pborchard@pangeare.com>

See below. I'm out sick today, but we can discuss tomorrow.

Sent from my iPhone

Begin forwarded message:

> **From:** "Burns, Cheryl" <CBurns@thecha.org>
> **Date:** June 15, 2015 at 2:12:42 PM CDT
> **To:** "'David Jaffee'" <djaffee@pangeare.com>
> **Cc:** "Ludwig, Kathryn E." <KLudwig@thecha.org>
> **Subject: RE: Rent Rolls**

> David,

> We have reviewed your submission and found that there are no unit numbers on this report, we are therefore unable to use it.  As we have discussed previously, we need this information to perform our due diligence to complaints that have risen to our office as well as CHA's Office of Inspector General.  I'm afraid if you refuse to submit this information you will leave me no choice but to recommend that CHA stop accepting RTA's from Pangea.

> Please provide this information by close of business, Friday, June 26th in either an .xls or .csv format. Please let me know if you will comply with this request.

> Best regards,

> Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

**EXHIBIT B - 036**

Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 8:31 AM
**To:** Burns, Cheryl; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls

Cheryl,

We are dedicated to the partnership between Pangea and CHA and have done our best to place CHA tenants in quality units.  We've discussed this internally and think the request creates an undue burden on our company.  We have been unable to identify where in the CHA program a landlord is required to provide this information.  Specifically, our concerns include:

1)    We have no obligation to violate privacy regulations regarding consumer information disclosure.  Our market tenants did not sign off on having this information released, and we would never release this information to a market tenant who requested it.

2)    We have a fiduciary responsibility to our investors to protect this information.  We have a dynamic pricing model that is a significant component of our proprietary, business knowledge, and sharing this creates a financial burden on the company.

3)    This will delay the tenant move in process even further.  Ongoing requests for this information during the CHA process are impeding our ability to honor our commitments to valued CHA tenants whose applications are on hold in your offices.

Best,

**David Jaffee**

Operations Manager | Pangea Properties

O **312.924.5745 ext. 246**  |m **847.567.4248** | e **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |**Like Us | Follow Us

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls

**EXHIBIT B - 037**

Brenda,

After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents.  We would like copies of the rent rolls for the buildings that you have HCV residents in.  Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.

Please let me know when we can expect the documents.

Best regards,

Cheryl



**Cheryl L Burns** | Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.



**image001.png**
8K



Jennifer Dean <jdean@pangeare.com>

---

## Re: Rent Rolls

1 message

**Jennifer Dean** <jdean@pangeare.com>                                    Wed, Jun 17, 2015 at 12:59 PM
To: Steven Joung <sjoung@pangeare.com>
Cc: David Jaffee <djaffee@pangeare.com>, Patrick Borchard <pborchard@pangeare.com>

We're right back to this (see below), it seems.

**Jennifer L. Dean**

*In-House Counsel | Pangea Properties*

o **312.985.0813 | e jdean@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**PangeaRE | Like Us | Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** "Jennifer Dean" <jdean@pangeare.com>
**To:** "Steven Joung" <sjoung@pangeare.com>
**Cc:** "David Jaffee" <djaffee@pangeare.com>, "Patrick Borchard" <pborchard@pangeare.com>
**Sent:** Thursday, April 16, 2015 11:53:12 AM
**Subject:** Re: Rent Rolls



**Jennifer L. Dean**

*In-House Counsel | Pangea Properties*

o **312.985.0813 | e jdean@pangeare.com**

**EXHIBIT B - 039**

640 N La Salle Street | Suite 638 | Chicago, IL. 60654
**PangeaRE | Like Us | Follow Us**
_Pangea is one of Forbes_ _America's Most Promising Companies in 2015_

---

**From:** "Steven Joung" <sjoung@pangeare.com>
**To:** "David Jaffee" <djaffee@pangeare.com>, "Jennifer Dean" <jdean@pangeare.com>
**Cc:** "Patrick Borchard" <pborchard@pangeare.com>
**Sent:** Thursday, April 16, 2015 11:24:17 AM
**Subject:** RE: Rent Rolls

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 10:58 AM
**To:** Jennifer Dean
**Cc:** Patrick Borchard; Steve Joung
**Subject:** FW: Rent Rolls

That was fast.  Let me know if you want to meet.  A few initial thoughts:

●

●   If we decide we have to, I can set up road blocks to make analysis difficult—Limit info to
building, unit, rent.  Print to PDF, then rescan it so they can't scrape any data.  Potentially even
mail.

●   Remind them that rents will vary greatly depending on work done to the unit.  Many of our
tenants are still on inherited leases so the requested amount for a rehabbed unit may be higher
than the inherited rents.

I can also start compiling the damage here to see how damning the evidence is if you think it's
worth it.

DJ

EXHIBIT B - 040

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Thursday, April 16, 2015 9:03 AM
**To:** 'David Jaffee'; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls

Good morning David,

We appreciate your responsibility to ensure the privacy of your residents, we too share that concern.  What we are requesting is a copy of the rent rolls with names redacted that would allow us to be certain that there is no validity to complaints we are receiving regarding rental rates from our clients.  This will not become a part of any regular process on our part, but will ultimately allow us to make a determination based upon facts.

Please refer to your HAP contract for language that supports our demanding this information.  It can be found in Section 6 D (page 5)"During the HAP contract term, the rent to owner may not exceed rent charged by the owner for comparable unassisted units in the premises.  The owner must give the PHA any information requested by the PHA on rents charged by the owner for other units in the premises or elsewhere."

Please let us know when we can expect this information.

Best regards,

Cheryl



**Cheryl L Burns** | Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**EXHIBIT B - 041**

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 16, 2015 8:31 AM
**To:** Burns, Cheryl; Brenda Jimenez
**Cc:** Ludwig, Kathryn E.
**Subject:** RE: Rent Rolls


Cheryl,


We are dedicated to the partnership between Pangea and CHA and have done our best to place CHA tenants in quality units. We've discussed this internally and think the request creates an undue burden on our company. We have been unable to identify where in the CHA program a landlord is required to provide this information. Specifically, our concerns include:


1)   We have no obligation to violate privacy regulations regarding consumer information disclosure. Our market tenants did not sign off on having this information released, and we would never release this information to a market tenant who requested it.


2)   We have a fiduciary responsibility to our investors to protect this information. We have a dynamic pricing model that is a significant component of our proprietary, business knowledge, and sharing this creates a financial burden on the company.


3)   This will delay the tenant move in process even further. Ongoing requests for this information during the CHA process are impeding our ability to honor our commitments to valued CHA tenants whose applications are on hold in your offices.


Best,

**David Jaffee**

Operations Manager | Pangea Properties

**O** **312.924.5745 ext. 246**  |m **847.567.4248** | e **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |**Like Us **|** Follow Us

_Pangea is one of Forbes America's Most Promising Companies in 2015_

**EXHIBIT B - 042**

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Friday, April 10, 2015 4:35 PM
**To:** Brenda Jimenez
**Cc:** 'David Jaffee'; Ludwig, Kathryn E.
**Subject:** Rent Rolls


Brenda,


After our meeting Katie and I discussed the complaints of the participants as it relates to the changing rents.  We would like copies of the rent rolls for the buildings that you have HCV residents in.  Please know that we have gotten rent rolls from other owners and believe that as stewards of the HCV program we should do some due diligence in response to the complaints.


Please let me know when we can expect the documents.


Best regards,


Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org


Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**EXHIBIT B - 043**