# EXHIBIT C



## FW: Undelivered Mail Returned to Sender
8 messages

**David Jaffee** <djaffee@pangeare.com>  Wed, Apr 29, 2015 at 1:54 PM
To: Jennifer Dean <jdean@pangeare.com>, Patrick Borchard <pborchard@pangeare.com>

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Wednesday, April 29, 2015 1:51 PM
**To:** David Jaffee; Ludwig, Kathryn E.
**Cc:** Brenda Jimenez
**Subject:** RE: Undelivered Mail Returned to Sender

David,

I have been able to look at what you sent, however I find it really unfriendly to manipulate. Can you send a thumb drive with this information? We really need an electronic version to be able to manipulate this much data. Otherwise I can have my ITS team work with yours so you can send through an ftp site. Let me know what method will work best for you.

Thanks,

Cheryl

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------

From: David Jaffee

Date:04/27/2015 9:19 AM (GMT-06:00)

To: "Burns, Cheryl" , "Ludwig, Kathryn E."

Cc: Brenda Jimenez

Subject: RE: Undelivered Mail Returned to Sender

Hi Cheryl,

Hmm, that's strange, you probably should have received it by now. We mailed a large manila envelope on Monday the 20th to the below address:

Chicago Housing Authority

c/o Cheryl Burns

60 E Van Buren

Chicago, IL 60605

Let me know how you want to proceed. I'm happy to resend it or send via certified mail.

Thanks,

David

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Monday, April 27, 2015 8:27 AM
**To:** 'David Jaffee'; Ludwig, Kathryn E.
**Cc:** Brenda Jimenez
**Subject:** RE: Undelivered Mail Returned to Sender

David,

I have yet to receive this information. Can you tell me again how it was submitted?

Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised hat any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Friday, April 17, 2015 5:06 PM
**To:** Burns, Cheryl; Ludwig, Kathryn E.
**Cc:** Brenda Jimenez
**Subject:** RE: Undelivered Mail Returned to Sender

Hi Cheryl,

See below—we were finally able to compile the requested information, but it appears the document exceeded your email size limit. We will mail the requested documentation to CHA's office first thing Monday.

Please note prices can vary within unit types at the same building, depending on:

- Whether a lease was inherited from a prior landlord or was signed by Pangea
- Whether Pangea rehabbed the unit and the type of finish it received
- The timing of when the lease was signed (as previously mentioned, pricing is dynamic and frequently changing)

We believe this should help you in determining Pangea comps going forward, but would caution against using it as the only determining factor. The finishes on units still vary greatly and are a major factor in determining our requested rent.

Have a good weekend,

David

-----Original Message-----
From: Mail Delivery System [mailto:MAILER-DAEMON@zmcc-3-mta-1.zmailcloud.com]
Sent: Friday, April 17, 2015 4:52 PM
To: djaffee@pangeare.com
Subject: Undelivered Mail Returned to Sender

This is the mail system at host zmcc-3-mta-1.zmailcloud.com.

I'm sorry to have to inform you that your message could not be delivered to one or more recipients. It's attached below.

For further assistance, please send mail to postmaster.

If you do so, please include this problem report. You can delete your own text from the attached returned message.

       The mail system

<CBurns@thecha.org>: message size 63634149 exceeds size limit 35882577 of

   server ASPMX.L.GOOGLE.COM[64.233.185.26]

<KLudwig@thecha.org>: message size 63634149 exceeds size limit 35882577 of

   server ASPMX.L.GOOGLE.COM[64.233.185.26]

---

**Patrick Borchard** <pborchard@pangeare.com>      Wed, Apr 29, 2015 at 1:57 PM
To: David Jaffee <djaffee@pangeare.com>, Jennifer Dean <jdean@pangeare.com>

[Quoted text hidden]

---

**Patrick Borchard** <pborchard@pangeare.com>      Wed, Apr 29, 2015 at 1:57 PM
To: David Jaffee <djaffee@pangeare.com>, Jennifer Dean <jdean@pangeare.com>

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Wednesday, April 29, 2015 1:54 PM
**To:** Jennifer Dean; Patrick Borchard

[Quoted text hidden]

[Quoted text hidden]

---

**Jennifer Dean** <jdean@pangeare.com>      Wed, Apr 29, 2015 at 2:04 PM
To: Patrick Borchard <pborchard@pangeare.com>
Cc: David Jaffee <djaffee@pangeare.com>

**Jennifer L. Dean**
*In-House Counsel | Pangea Properties*
o 312.985.0813 | e jdean@pangeare.com
640 N La Salle Street | Suite 638 | Chicago, IL. 60654
**PangeaRE** | Like Us | Follow Us
*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** "Patrick Borchard" <pborchard@pangeare.com>
**To:** "David Jaffee" <djaffee@pangeare.com>, "Jennifer Dean" <jdean@pangeare.com>
**Sent:** Wednesday, April 29, 2015 1:57:56 PM
[Quoted text hidden]

---

**David Jaffee** <djaffee@pangeare.com>  Wed, Apr 29, 2015 at 6:35 PM
To: Jennifer Dean <jdean@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>

Done

---

**From:** "Jennifer Dean" <jdean@pangeare.com>
**To:** "Patrick Borchard" <pborchard@pangeare.com>
**Cc:** "David Jaffee" <djaffee@pangeare.com>
**Sent:** Wednesday, April 29, 2015 2:04:29 PM
**Subject:** Re: Undelivered Mail Returned to Sender
[Quoted text hidden]

---

**Jennifer Dean** <jdean@pangeare.com>  Tue, May 5, 2015 at 11:13 AM
To: David Jaffee <djaffee@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>



**Jennifer L. Dean**
*In-House Counsel | Pangea Properties*
o 312.985.0813 | e jdean@pangeare.com
640 N La Salle Street | Suite 638 | Chicago, IL. 60654
**PangeaRE** | Like Us | Follow Us
*Pangea is one of Forbes America's Most Promising Companies in 2015*

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Patrick Borchard" <pborchard@pangeare.com>
**Cc:** "Jennifer Dean" <jdean@pangeare.com>
**Sent:** Tuesday, May 5, 2015 11:01:05 AM
**Subject:** FW: Undelivered Mail Returned to Sender



**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Tuesday, May 05, 2015 8:10 AM
**To:** 'David Jaffee'
**Cc:** Ludwig, Kathryn E.; 'Brenda Jimenez'; Hondras, Sheldon
**Subject:** RE: Undelivered Mail Returned to Sender

David,

Have you identified a contact for Sheldon to work with on this?

Cheryl

**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

---

**From:** Burns, Cheryl
**Sent:** Thursday, April 30, 2015 3:47 PM
**To:** 'David Jaffee'
**Cc:** Ludwig, Kathryn E.; Brenda Jimenez; Hondras, Sheldon
**Subject:** RE: Undelivered Mail Returned to Sender

David,

I have copied Sheldon Hondras who is the Manager of our Network team in ITS. He can work with your ITS to send a zip file, but it has to be handled appropriately otherwise it won't come through. Can you connect him to someone on your end? By the way, we will need this document in Excel rather than a PDF.

Thanks!

Cheryl

**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Case: 1:18-cv-02022 Document #: 70-3 Filed: 01/27/22 Page 9 of 13 PageID #:514



Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 30, 2015 12:48 PM
**To:** Burns, Cheryl
**Cc:** Ludwig, Kathryn E.; Brenda Jimenez
**Subject:** Re: Undelivered Mail Returned to Sender


Cheryl,


I'm in Indianapolis visiting our properties down here for the next two days, but if you send the FTP instructions I should be able to figure that out with my IT team Monday.


Have a good weekend,

David

---

**From:** "Cheryl Burns" <CBurns@thecha.org>
**To:** "David Jaffee" <djaffee@pangeare.com>
**Cc:** "Kathryn E. Ludwig" <KLudwig@thecha.org>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Thursday, April 30, 2015 10:02:28 AM
**Subject:** RE: Undelivered Mail Returned to Sender


David,


After reviewing, I still think a thumb drive of this information will be better.  Can you do that or ask your ITS team about uploading to an ftp site?

EXHIBIT C - 008

Cheryl



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Wednesday, April 29, 2015 6:29 PM
**To:** Burns, Cheryl
**Cc:** Ludwig, Kathryn E.; Brenda Jimenez
**Subject:** Re: Undelivered Mail Returned to Sender

3 of 4

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Cheryl Burns" <CBurns@thecha.org>
**Cc:** "Kathryn E. Ludwig" <KLudwig@thecha.org>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Wednesday, April 29, 2015 6:27:48 PM
**Subject:** Re: Undelivered Mail Returned to Sender

2 of 4

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Cheryl Burns" <CBurns@thecha.org>
**Cc:** "Kathryn E. Ludwig" <KLudwig@thecha.org>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Wednesday, April 29, 2015 6:25:02 PM
**Subject:** Re: Undelivered Mail Returned to Sender

EXHIBIT C - 009

Cheryl,

I was able to break it into smaller chunks so it could be sent over email. This is section 1 of 4 and the other 3 will follow. Hope this helps.

Best,

David

---

**From:** "Cheryl Burns" <CBurns@thecha.org>
**To:** "David Jaffee" <djaffee@pangeare.com>, "Kathryn E. Ludwig" <KLudwig@thecha.org>
**Cc:** "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Wednesday, April 29, 2015 1:51:27 PM
**Subject:** RE: Undelivered Mail Returned to Sender

David,

[Quoted text hidden]

---

**David Jaffee** <djaffee@pangeare.com>  Thu, May 7, 2015 at 4:16 PM
To: Jennifer Dean <jdean@pangeare.com>, Patrick Borchard <pborchard@pangeare.com>

Persistence on the CHA side. This will take hours on the PDF side, but may be worth it.

---

**From:** Burns, Cheryl [mailto:CBurns@thecha.org]
**Sent:** Thursday, May 07, 2015 4:14 PM
**To:** 'David Jaffee'
**Cc:** Ludwig, Kathryn E.; Brenda Jimenez; Hondras, Sheldon
**Subject:** RE: Undelivered Mail Returned to Sender

David,

We appreciate the time your team has invested, however I must say it is critical that the CHA be able to review this information. Most software has an export to Excel option. I hope you can check to see if that is the case for your

software.  Otherwise if you can sort them by building and by bedroom size within a building please do that and send as separate files.  Please send one file per building if an excel export is impossible.

Best regards,

Cheryl



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confiden ial and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Tuesday, May 5, 2015 2:29 PM
**To:** Burns, Cheryl
**Cc:** Ludwig, Kathryn E.; Brenda Jimenez; Hondras, Sheldon
**Subject:** RE: Undelivered Mail Returned to Sender

Cheryl,

We have provided all the requested and required information, at considerable company time.  This information is not readily available in Excel, and it would create a serious burden on company resources for Pangea to provide it in this format.  We look forward to continuing to work together in the best interests of your voucher holders, and our tenants.

To this end, I'm happy to coordinate with our IT team to send the entire PDF, if you send the FTP instructions (they work on a ticketing system and I need to follow internal procedure).  As you know, Pangea is committed to providing affordable housing options in Chicago.  We appreciate our relationship with the CHA, in furtherance of this goal.

Best,

David

[Quoted text hidden]

---

**Jennifer Dean** <jdean@pangeare.com>　　　　　　　　　　　　　　　　　　　　　Thu, May 7, 2015 at 4:23 PM
To: David Jaffee <djaffee@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>

**Jennifer L. Dean**

*In-House Counsel | Pangea Properties*

o **312.985.0813** | e **jdean@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**PangeaRE | Like Us | Follow Us**

*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Jennifer Dean" <jdean@pangeare.com>, "Patrick Borchard" <pborchard@pangeare.com>
**Sent:** Thursday, May 7, 2015 4:16:01 PM
**Subject:** FW: Undelivered Mail Returned to Sender

[Quoted text hidden]