# EXHIBIT G



legal-request 2021-06-016 legal-request (No ticket for specific reasons, ask DN) <legal-request-2021-06-16@pangeare.com>

## DRAFT
1 message

**Patrick Borchard** <pborchard@pangeare.com>  Mon, Jun 22, 2015 at 8:24 PM
To: Steve Joung <sjoung@pangeare.com>
Cc: Jennifer Dean <jdean@pangeare.com>

Please see attached.

PB

 **Cheryl Letter_pb.docx**
15K

EXHIBIT G - 001

Cheryl,

This is a unique request for us that we take very seriously, so apologies for the delay in getting back to you. We continue to have concerns about providing this information given it is proprietary and highly sensitive from a competitive standpoint, particularly in light of our size and position in the markets in which we operate. Nonetheless this matter has been discussed at the highest levels internally and I have been authorized to provide the attached rent rolls in good faith. Please do everything in your power to preserve its confidentiality.

We truly value our partnership with the CHA and believe our interests and goals are well aligned. We want nothing more than to foster and grow that partnership and so we kindly ask that you keep an open dialogue with the leadership of Pangea as you complete your work. To that end, I've copied our CFO, Patrick Borchard, who I believe you have met previously. If you have any questions on the information, he'd be happy to sit down and meet face to face to discuss further.

Thanks,
**David Jaffee**
Operations Manager | Pangea Properties
**O 312.924.5745 ext. 246 |m 847.567.4248 |** e [djaffee@pangeare.com](mailto:djaffee@pangeare.com)
**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**
[www.PangeaRE.com](http://www.PangeaRE.com) |<u>Like Us</u> | <u>Follow Us</u>
*Pangea is one of Forbes America's Most Promising Companies in 2015*