# EXHIBIT H



Pangea Ventures, LLC Mail - FW: RTA Received: Khaliah Woods - t0020514

# FW: RTA Received: Khaliah Woods - t0020514
8 messages

**David Jaffee** <djaffee@pangeare.com>  Fri, Apr 10, 2015 at 1:55 PM
To: Jennifer Dean <jdean@pangeare.com>, Jeremy Pawlak <jpawlak@pangeare.com>, Andrew Dieckelman <adieckelman@pangeare.com>
Cc: Brenda Jimenez <bjimenez@pangeare.com>

FYI—CHA is now requiring a rent roll as part of the RTA process.

[redacted]

Guess we keep process for now, but figured I'd loop you guys in.

**From:** Brenda Jimenez [mailto:bjimenez@pangeare.com]
**Sent:** Friday, April 10, 2015 1:45 PM
**To:** David Jaffee
**Subject:** FW: RTA Received: Khaliah Woods - t0020514

And there's another one attached, too.

**From:** Graham, Nathan E. [mailto:NGraham@chacontractor.org]
**Sent:** Friday, April 10, 2015 1:07 PM
**To:** 'Brenda Jimenez'
**Cc:** Britton, Gabriel L.
**Subject:** RE: RTA Received: Khaliah Woods - t0020514

Good afternoon,

Our screening and documentation requirements often change to ensure we are best serving our clients and this document is now required with your RTA packets going forward as part of this process. Please provide this at your earliest convenience.

Thank you,

Nathan



**Nathan Graham**| Program Operations Supervisor, Housing Choice Voucher Program

Phone 312.935.2600 Ext. 3442 | Fax 312.786.6973 |

Chicago Housing Authority | 2750 W Roosevelt Rd | Chicago, IL 60608

ngraham@chacontractor.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.



---

**From:** Brenda Jimenez [mailto:bjimenez@pangeare.com]
**Sent:** Friday, April 10, 2015 11:43 AM
**To:** Graham, Nathan E.
**Cc:** Britton, Gabriel L.
**Subject:** RE: RTA Received: Khaliah Woods - t0020514

Nathan,

What's the reason for a rent roll for this building?  Had never had this requested so not an issue but I am curious.

Thank you,

# Brenda Jimenez

*Senior Accounting Analyst | Pangea Properties*

o312.924.5745 Ext 225  | e bjimenez@pangeare.com

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com | Like Us | Follow Us**

**From:** Graham, Nathan E. [mailto:NGraham@chacontractor.org]
**Sent:** Friday, April 10, 2015 11:35 AM
**To:** 'subsidy@pangeare.com'; bjimenez@pangeare.com
**Cc:** Britton, Gabriel L.
**Subject:** RTA Received: Khaliah Woods - t0020514

Good morning,

We have received an RTA for 5732 W Washington Blvd Apt 2 for Ms. Woods, however, we will also need a rent roll for this building before we can proceed with unit setup. Please provide this at your earliest convenience. If not received by close of business Monday, April 13th, the RTA will be denied for leasing and the tenant will be issued new moving papers.

Thank you,

Nathan

---



**Nathan Graham** | Program Operations Supervisor, Housing Choice Voucher Program

Phone 312.935.2600 Ext. 3442 | Fax 312.786.6973 |

Chicago Housing Authority | 2750 W Roosevelt Rd | Chicago, IL 60608

ngraham@chacontractor.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.



---------- Forwarded message ----------
From: "Graham, Nathan E." <NGraham@chacontractor.org>
To: <bjimenez@pangeare.com>, <subsidy@pangeare.com>

Cc: "Britton, Gabriel L." <GBritton@chacontractor.org>
Bcc:
Date: Fri, 10 Apr 2015 13:08:39 -0500
Subject: RTA Received: Glenda Wilson - 9722216

Good afternoon,

We have received an RTA for 4817 W Cortez St Apt 2A for Ms. Wilson, however, we will also need a rent roll for this building before we can proceed with unit setup. Please provide this at your earliest convenience. If not received by close of business Monday, April 13th, the RTA will be denied for leasing and the tenant will be issued new moving papers.

Thank you,

Nathan



**Nathan Graham** | Program Operations Supervisor, Housing Choice Voucher Program

Phone 312.935.2600 Ext. 3442 | Fax 312.786.6973 |

Chicago Housing Authority | 2750 W Roosevelt Rd | Chicago, IL 60608

ngraham@chacontractor.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.



📄 **RTA Received: Glenda Wilson - 9722216.eml**
49K

---

**Jennifer Dean** <jdean@pangeare.com>  Fri, Apr 10, 2015 at 2:00 PM
To: David Jaffee <djaffee@pangeare.com>

Cc: Jeremy Pawlak <jpawlak@pangeare.com>, Andrew Dieckelman <adieckelman@pangeare.com>, Brenda Jimenez <bjimenez@pangeare.com>

[redacted]

**Jennifer L. Dean**
*In-House Counsel | Pangea Properties*
o 312.985.0813 | e jdean@pangeare.com
640 N La Salle Street | Suite 638 | Chicago, IL. 60654
**PangeaRE** | Like Us | Follow Us
*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Jennifer Dean" <jdean@pangeare.com>, "Jeremy Pawlak" <jpawlak@pangeare.com>, "Andrew Dieckelman" <adieckelman@pangeare.com>
**Cc:** "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Friday, April 10, 2015 1:55:49 PM

[Quoted text hidden]

---

**David Jaffee** <djaffee@pangeare.com>  Fri, Apr 10, 2015 at 2:01 PM
To: Jennifer Dean <jdean@pangeare.com>
Cc: Jeremy Pawlak <jpawlak@pangeare.com>, Andrew Dieckelman <adieckelman@pangeare.com>, Brenda Jimenez <bjimenez@pangeare.com>

[redacted]

[Quoted text hidden]

---

**Jennifer Dean** <jdean@pangeare.com>  Fri, Apr 10, 2015 at 2:06 PM
To: David Jaffee <djaffee@pangeare.com>, Elisabeth Jackson <ejackson@pangeare.com>
Cc: Jeremy Pawlak <jpawlak@pangeare.com>, Andrew Dieckelman <adieckelman@pangeare.com>, Brenda Jimenez <bjimenez@pangeare.com>

[redacted]

**Jennifer L. Dean**
*In-House Counsel | Pangea Properties*
o 312.985.0813 | e jdean@pangeare.com
640 N La Salle Street | Suite 638 | Chicago, IL. 60654
**PangeaRE** | Like Us | Follow Us
*Pangea is one of Forbes America's Most Promising Companies in 2015*

---

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Jennifer Dean" <jdean@pangeare.com>
**Cc:** "Jeremy Pawlak" <jpawlak@pangeare.com>, "Andrew Dieckelman" <adieckelman@pangeare.com>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Friday, April 10, 2015 2:01:19 PM

[Quoted text hidden]

---

**David Jaffee** <djaffee@pangeare.com>     Fri, Apr 10, 2015 at 2:07 PM
To: Jennifer Dean <jdean@pangeare.com>
Cc: Jeremy Pawlak <jpawlak@pangeare.com>, Andrew Dieckelman <adieckelman@pangeare.com>, Brenda Jimenez <bjimenez@pangeare.com>

Brenda, can you shoot the rent rolls out to me and AD before we send to CHA? Want to know what these look like.

Thanks

---

**From:** Jennifer Dean [mailto:jdean@pangeare.com]
**Sent:** Friday, April 10, 2015 2:00 PM
**To:** David Jaffee
**Cc:** Jeremy Pawlak; Andrew Dieckelman; Brenda Jimenez

[Quoted text hidden]

[Quoted text hidden]

---

**David Jaffee** <djaffee@pangeare.com>     Fri, Apr 10, 2015 at 2:39 PM
To: Jennifer Dean <jdean@pangeare.com>, Elisabeth Jackson <ejackson@pangeare.com>
Cc: Jeremy Pawlak <jpawlak@pangeare.com>, Andrew Dieckelman <adieckelman@pangeare.com>, Brenda Jimenez <bjimenez@pangeare.com>

Brenda,

Can you send this response? JD/EJ, feel free to chime in.

"Nathan,

We apologize, but this is not documentation we can provide. We consider tenant rent rolls private information, and we would never provide this information to a market applicant looking to rent with us. Let me know if we can still move forward with the lease.

Thanks,

Brenda"

DJ

[Quoted text hidden]

---

**Elisabeth Jackson** <ejackson@pangeare.com>     Fri, Apr 10, 2015 at 2:55 PM
To: David Jaffee <djaffee@pangeare.com>
Cc: Jennifer Dean <jdean@pangeare.com>, Jeremy Pawlak <jpawlak@pangeare.com>, Andrew Dieckelman <adieckelman@pangeare.com>, Brenda Jimenez <bjimenez@pangeare.com>

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Jennifer Dean" <jdean@pangeare.com>, "Elisabeth Jackson" <ejackson@pangeare.com>
**Cc:** "Jeremy Pawlak" <jpawlak@pangeare.com>, "Andrew Dieckelman" <adieckelman@pangeare.com>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Friday, April 10, 2015 2:39:55 PM

[Quoted text hidden]

---

**Jennifer Dean** <jdean@pangeare.com>  Fri, Apr 10, 2015 at 3:02 PM
To: Elisabeth Jackson <ejackson@pangeare.com>
Cc: David Jaffee <djaffee@pangeare.com>, Jeremy Pawlak <jpawlak@pangeare.com>, Andrew Dieckelman <adieckelman@pangeare.com>, Brenda Jimenez <bjimenez@pangeare.com>

**Jennifer L. Dean**
*In-House Counsel | Pangea Properties*
o 312.985.0813 | e jdean@pangeare.com
**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**
**PangeaRE | Like Us | Follow Us**
Pangea is one of Forbes America's Most Promising Companies in 2015

---

**From:** "Elisabeth Jackson" <ejackson@pangeare.com>
**To:** "David Jaffee" <djaffee@pangeare.com>
**Cc:** "Jennifer Dean" <jdean@pangeare.com>, "Jeremy Pawlak" <jpawlak@pangeare.com>, "Andrew Dieckelman" <adieckelman@pangeare.com>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Friday, April 10, 2015 2:55:06 PM

[Quoted text hidden]