# EXHIBIT J



Krusha Evans <kpatel@pangeare.com>

## Fwd: Undelivered Mail Returned to Sender
1 message

**Patrick Borchard** <pborchard@pangeare.com>  Tue, Jun 8, 2021 at 2:36 PM
To: "Patel', 'Krusha" <kpatel@pangeare.com>

> ---------- Forwarded message ---------
> From: **David Jaffee** <djaffee@pangeare.com>
> Date: Thu, Apr 30, 2015 at 4:14 PM
> Subject: Fwd: Undelivered Mail Returned to Sender
> To: Patrick Borchard <pborchard@pangeare.com>, Jennifer Dean <jdean@pangeare.com>
>
> Ok, she finally asked for this in excel. Have until Monday to respond, but figured I'd give a heads up. Let's discuss when I get back.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Burns, Cheryl" <CBurns@thecha.org>
>> **Date:** April 30, 2015 at 4:47:03 PM EDT
>> **To:** "'David Jaffee'" <djaffee@pangeare.com>
>> **Cc:** "Ludwig, Kathryn E." <KLudwig@thecha.org>, Brenda Jimenez <bjimenez@pangeare.com>, "Hondras, Sheldon" <SHondras@thecha.org>
>> **Subject: RE: Undelivered Mail Returned to Sender**
>>
>> David,
>>
>> I have copied Sheldon Hondras who is the Manager of our Network team in ITS. He can work with your ITS to send a zip file, but it has to be handled appropriately otherwise it won't come through. Can you connect him to someone on your end? By the way, we will need this document in Excel rather than a PDF.
>>
>> Thanks!
>>
>> Cheryl
>>
>> 
>>
>> **Cheryl L Burns**| Program Director, Housing Choice Voucher Program
>>
>> Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163
>>
>> Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
>>
>> cburns@thecha.org | www.thecha.org
>>
>> Like us on Facebook | Follow us on Twitter

**EXHIBIT J - 001**

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Thursday, April 30, 2015 12:48 PM
**To:** Burns, Cheryl
**Cc:** Ludwig, Kathryn E.; Brenda Jimenez
**Subject:** Re: Undelivered Mail Returned to Sender

Cheryl,

I'm in Indianapolis visiting our properties down here for the next two days, but if you send the FTP instructions I should be able to figure that out with my IT team Monday.

Have a good weekend,

David

---

**From:** "Cheryl Burns" <CBurns@thecha.org>
**To:** "David Jaffee" <djaffee@pangeare.com>
**Cc:** "Kathryn E. Ludwig" <KLudwig@thecha.org>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Thursday, April 30, 2015 10:02:28 AM
**Subject:** RE: Undelivered Mail Returned to Sender

David,

After reviewing, I still think a thumb drive of this information will be better. Can you do that or ask your ITS team about uploading to an ftp site?

Cheryl

---



**Cheryl L Burns**| Program Director, Housing Choice Voucher Program

Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163

Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605

cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Wednesday, April 29, 2015 6:29 PM
**To:** Burns, Cheryl
**Cc:** Ludwig, Kathryn E.; Brenda Jimenez
**Subject:** Re: Undelivered Mail Returned to Sender

3 of 4

---

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Cheryl Burns" <CBurns@thecha.org>
**Cc:** "Kathryn E. Ludwig" <KLudwig@thecha.org>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Wednesday, April 29, 2015 6:27:48 PM
**Subject:** Re: Undelivered Mail Returned to Sender

2 of 4

---

**From:** "David Jaffee" <djaffee@pangeare.com>
**To:** "Cheryl Burns" <CBurns@thecha.org>
**Cc:** "Kathryn E. Ludwig" <KLudwig@thecha.org>, "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Wednesday, April 29, 2015 6:25:02 PM
**Subject:** Re: Undelivered Mail Returned to Sender

Cheryl,

I was able to break it into smaller chunks so it could be sent over email. This is section 1 of 4 and the other 3 will follow. Hope this helps.

Best,

David

---

**From:** "Cheryl Burns" <CBurns@thecha.org>
**To:** "David Jaffee" <djaffee@pangeare.com>, "Kathryn E. Ludwig" <KLudwig@thecha.org>
**Cc:** "Brenda Jimenez" <bjimenez@pangeare.com>
**Sent:** Wednesday, April 29, 2015 1:51:27 PM
**Subject:** RE: Undelivered Mail Returned to Sender

EXHIBIT J - 003

Case: 1:18-cv-02022 Document #: 70-10 Filed: 01/27/22 Page 5 of 5 PageID #:714

David,

I have been able to look at what you sent, however I find it really unfriendly to manipulate. Can you send a thumb drive with this information? We really need an electronic version to be able to manipulate this much data. Otherwise I can have my ITS team work with yours so you can send through an ftp site. Let me know what method will work best for you.

Thanks,

Cheryl

--

**PATRICK BORCHARD**

Chief Financial Officer | Pangea Properties

549 W Randolph St - 2nd Floor, Chicago, IL 60661

O   312 985 0815

M   408 499 5022

E   pborchard@pangeare.com

W   pangeaproperties.com   |  Like Us  | Follow Us

**EXHIBIT J - 004**