# EXHIBIT K



Jennifer Dean <jdean@pangeare.com>

## RE: CHA Decision
1 message

**David Jaffee** <djaffee@pangeare.com>                                    Tue, Jun 16, 2015 at 6:40 PM
To: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>, Jennifer Dean
<jdean@pangeare.com>

No problem.  Thinking of this as a short term response to buy some time in case you or JD want to edit:


"Hi Cheryl,


Apologies, I've been sick the last couple days and will be visiting our Indianapolis properties until Thursday.  We have
spent many hours of our time complying with each CHA request thus far, but unit numbers were not included as part of
your requests until now.


I'll sync up with my IT team on Friday to see if we can provide the new information in the format requested.


Best,

**David Jaffee**

Operations Manager  |  Pangea Properties

O **312.924.5745 ext. 246**  |m **847.567.4248** | e **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com |Like Us | Follow Us**

_Pangea is one of Forbes America's Most Promising Companies in 2015_

"


---

**From:** Patrick Borchard [mailto:pborchard@pangeare.com]
**Sent:** Tuesday, June 16, 2015 6:25 PM
**To:** David Jaffee; Steve Joung
**Subject:** RE: CHA Decision


Steve and I have not had a chance to discuss yet, David.  I know you're travelling Wed/Thurs – I will circle up with Steve
in the meantime and we can respond Thurs or Fri this week if you think that works.  Feel free to let Cheryl know that
you're out for a few days, but we'll be back to her before the week is out.


Thanks,

PB

EXHIBIT K - 001

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Tuesday, June 16, 2015 5:51 PM
**To:** 'Patrick Borchard'; Steve Joung
**Subject:** CHA Decision


Did you guys decide how you want to respond short term?  Around for a while if you want to discuss.

EXHIBIT K - 002



Jennifer Dean <jdean@pangeare.com>

---

## Re: CHA Decision
1 message

**Jennifer Dean** <jdean@pangeare.com>                                      Tue, Jun 16, 2015 at 6:43 PM
To: David Jaffee <djaffee@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>

On Jun 16, 2015, at 6:40 PM, David Jaffee <djaffee@pangeare.com> wrote:

> No problem.  Thinking of this as a short term response to buy some time in case you or JD want to edit:
>
> "Hi Cheryl,
>
> Apologies, I've been sick the last couple days and will be visiting our Indianapolis properties until Thursday. We have spent many hours of our time complying with each CHA request thus far, but unit numbers were not included as part of your requests until now.
>
> I'll sync up with my IT team on Friday to see if we can provide the new information in the format requested.
>
> Best,
>
> **David Jaffee**
>
> Operations Manager | Pangea Properties
>
> O **312.924.5745 ext. 246** |m **847.567.4248** | e djaffee@pangeare.com
>
> **640 N La Salle Street | Suite 638 | Chicago, IL. 60654**
>
> www.PangeaRE.com |Like Us | Follow Us
>
> *Pangea is one of Forbes America's Most Promising Companies in 2015*
>
> "
>
> ---
>
> **From:** Patrick Borchard [mailto:pborchard@pangeare.com]
> **Sent:** Tuesday, June 16, 2015 6:25 PM
> **To:** David Jaffee; Steve Joung
> **Subject:** RE: CHA Decision
>
> Steve and I have not had a chance to discuss yet, David.  I know you're travelling Wed/Thurs – I will circle up with Steve in the meantime and we can respond Thurs or Fri this week if you think that works.  Feel free to let Cheryl know that you're out for a few days, but we'll be back to her before the week is out.

EXHIBIT K - 003

Thanks,

PB

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Tuesday, June 16, 2015 5:51 PM
**To:** 'Patrick Borchard'; Steve Joung
**Subject:** CHA Decision

Did you guys decide how you want to respond short term?  Around for a while if you want to discuss.

**EXHIBIT K - 004**



Jennifer Dean <jdean@pangeare.com>

---

# Re: CHA Decision
1 message

---

**Jennifer Dean** <jdean@pangeare.com>                                    Tue, Jun 16, 2015 at 6:46 PM
To: David Jaffee <djaffee@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>

███████████████████████████████████████████

On Jun 16, 2015, at 6:40 PM, David Jaffee <djaffee@pangeare.com> wrote:

> No problem.  Thinking of this as a short term response to buy some time in case you or JD want to edit:
>
> "Hi Cheryl,
>
> Apologies, I've been sick the last couple days and will be visiting our Indianapolis properties until Thursday. We have spent many hours of our time complying with each CHA request thus far, but unit numbers were not included as part of your requests until now.
>
> I'll sync up with my IT team on Friday to see if we can provide the new information in the format requested.
>
> Best,
>
> **David Jaffee**
>
> Operations Manager | Pangea Properties
>
> O **312.924.5745 ext. 246** |m **847.567.4248** | e djaffee@pangeare.com
>
> **640 N La Salle Street | Suite 638 | Chicago, IL. 60654**
>
> www.PangeaRE.com |Like Us | Follow Us
>
> *Pangea is one of Forbes America's Most Promising Companies in 2015*
>
> "

---

**From:** Patrick Borchard [mailto:pborchard@pangeare.com]
**Sent:** Tuesday, June 16, 2015 6:25 PM
**To:** David Jaffee; Steve Joung
**Subject:** RE: CHA Decision

Steve and I have not had a chance to discuss yet, David.  I know you're travelling Wed/Thurs – I will circle up with Steve in the meantime and we can respond Thurs or Fri this week if you think that works.  Feel free to let Cheryl know that you're out for a few days, but we'll be back to her before the week is out.

EXHIBIT K - 005

Thanks,

PB

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Tuesday, June 16, 2015 5:51 PM
**To:** 'Patrick Borchard'; Steve Joung
**Subject:** CHA Decision


Did you guys decide how you want to respond short term?  Around for a while if you want to discuss.

EXHIBIT K - 006



Jennifer Dean <jdean@pangeare.com>

---

## RE: CHA Decision
1 message

---

**David Jaffee** <djaffee@pangeare.com>      Tue, Jun 16, 2015 at 7:19 PM
To: Jennifer Dean <jdean@pangeare.com>
Cc: Patrick Borchard <pborchard@pangeare.com>, Steve Joung <sjoung@pangeare.com>

> K, sounds good to me.  Will send out tomorrow morning.

---

> **From:** Jennifer Dean [mailto:jdean@pangeare.com]
> **Sent:** Tuesday, June 16, 2015 6:47 PM
> **To:** David Jaffee
> **Cc:** Patrick Borchard; Steve Joung
> **Subject:** Re: CHA Decision
>
> ███████████████████████████████████████████
>
> On Jun 16, 2015, at 6:40 PM, David Jaffee <djaffee@pangeare.com> wrote:
>
>> No problem.  Thinking of this as a short term response to buy some time in case you or JD want to edit:
>>
>> "Hi Cheryl,
>>
>> Apologies, I've been sick the last couple days and will be visiting our Indianapolis properties until Thursday. We have spent many hours of our time complying with each CHA request thus far, but unit numbers were not included as part of your requests until now.
>>
>> I'll sync up with my IT team on Friday to see if we can provide the new information in the format requested.
>>
>> Best,
>>
>> **David Jaffee**
>>
>> Operations Manager | Pangea Properties
>>
>> O **312.924.5745 ext. 246**  |m **847.567.4248** | e **djaffee@pangeare.com**
>>
>> **640 N La Salle Street | Suite 638 | Chicago, IL. 60654**
>>
>> **www.PangeaRE.com |**Like Us | Follow Us
>>
>> *Pangea is one of Forbes America's Most Promising Companies in 2015*
>>
>> "

**EXHIBIT K - 007**

**From:** Patrick Borchard [mailto:pborchard@pangeare.com]
**Sent:** Tuesday, June 16, 2015 6:25 PM
**To:** David Jaffee; Steve Joung
**Subject:** RE: CHA Decision


Steve and I have not had a chance to discuss yet, David. I know you're travelling Wed/Thurs – I will circle up with Steve in the meantime and we can respond Thurs or Fri this week if you think that works. Feel free to let Cheryl know that you're out for a few days, but we'll be back to her before the week is out.


Thanks,

PB


---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Tuesday, June 16, 2015 5:51 PM
**To:** 'Patrick Borchard'; Steve Joung
**Subject:** CHA Decision


Did you guys decide how you want to respond short term? Around for a while if you want to discuss.

**EXHIBIT K - 008**



Jennifer Dean <jdean@pangeare.com>

## Re: CHA Decision
1 message

**Patrick Borchard** <pborchard@pangeare.com>      Tue, Jun 16, 2015 at 7:43 PM
To: David Jaffee <djaffee@pangeare.com>
Cc: Jennifer Dean <jdean@pangeare.com>, Steve Joung <sjoung@pangeare.com>

Yeah, I agree. Let's take the remainder of this conversation offline please. I'll follow up with everyone directly in the next 48 hrs.

Sent from my iPhone

On Jun 16, 2015, at 7:19 PM, David Jaffee <djaffee@pangeare.com> wrote:

> K, sounds good to me. Will send out tomorrow morning.

---

**From:** Jennifer Dean [mailto:jdean@pangeare.com]
**Sent:** Tuesday, June 16, 2015 6:47 PM
**To:** David Jaffee
**Cc:** Patrick Borchard; Steve Joung
**Subject:** Re: CHA Decision

█████████████████████████████████████████████

On Jun 16, 2015, at 6:40 PM, David Jaffee <djaffee@pangeare.com> wrote:

> No problem. Thinking of this as a short term response to buy some time in case you or JD want to edit:

> "Hi Cheryl,

> Apologies, I've been sick the last couple days and will be visiting our Indianapolis properties until Thursday. We have spent many hours of our time complying with each CHA request thus far, but unit numbers were not included as part of your requests until now.

> I'll sync up with my IT team on Friday to see if we can provide the new information in the format requested.

> Best,

> David Jaffee

> Operations Manager | Pangea Properties

EXHIBIT K - 009

O **312.924.5745 ext. 246** |m **847.567.4248** | e **djaffee@pangeare.com**

**640 N La Salle Street | Suite 638 | Chicago, IL. 60654**

**www.PangeaRE.com** |Like Us | Follow Us

_Pangea is one of Forbes America's Most Promising Companies in 2015_

"

---

**From:** Patrick Borchard [mailto:pborchard@pangeare.com]
**Sent:** Tuesday, June 16, 2015 6:25 PM
**To:** David Jaffee; Steve Joung
**Subject:** RE: CHA Decision

Steve and I have not had a chance to discuss yet, David. I know you're travelling Wed/Thurs – I will circle up with Steve in the meantime and we can respond Thurs or Fri this week if you think that works. Feel free to let Cheryl know that you're out for a few days, but we'll be back to her before the week is out.

Thanks,

PB

---

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Tuesday, June 16, 2015 5:51 PM
**To:** 'Patrick Borchard'; Steve Joung
**Subject:** CHA Decision

Did you guys decide how you want to respond short term? Around for a while if you want to discuss.

**EXHIBIT K - 010**