UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

UNITED STATES OF AMERICA, *ex rel.*

ANTONI MUHAWI,

                      Plaintiff,

   v.

PANGEA EQUITY PARTNERS,
PANGEA EQUITY PARTNERS, LP,
PANGEA EQUITY PARTNERS II, LP,
PANGEA PROPERTIES,
PANGEA VENTURES, LLC,
PANGEA REAL ESTATE, and
PANGEA REAL ESTATE HOLDINGS, LLC,

                      Defendants.

Case No.: 18-CV-02022
Hon. Manish S. Shah

---

## JOINT STATUS REPORT

Pursuant to this Court's October 18, 2022 Minute entry (Dkt. 91), counsel for Antoni Muhawi ("Relator") and counsel for Pangea Equity Partners, Pangea Equity Partners, LP, Pangea Equity Partners II, LP, Pangea Properties, Pangea Ventures, LLC, Pangea Real Estate, and Pangea Real Estate Holdings, LLC (together, "Defendants") (collectively, the "Parties") submit this joint status report with an update on the scheduling of Kathryn Ludwig's deposition and a revised proposed briefing schedule for the pending summary judgment motion filed by Defendants.

I.  **STATUS OF KATHRYN LUDWIG'S DEPOSITION**

Following the Court's Minute entry (Dkt. 91) granting Defendants' motion for leave to depose Kathryn Ludwig, the Parties worked with counsel for the Chicago Housing Authority ("CHA") to schedule her deposition. The first available date that Ms. Ludwig and counsel are all available is December 6, 2022. CHA's counsel accepted service of Defendants' amended subpoena on behalf of Ms. Ludwig and will produce her for her deposition on that day.

II. **PROPOSED SUMMARY JUDGMENT MOTION BRIEFING SCHEDULE**

As noted above, the deposition of Ms. Ludwig is currently scheduled to take place on December 6, 2022. The Parties propose the following briefing schedule for the pending motion for summary judgment filed by Defendants: Relator will file his opposition to Defendants' summary judgment motion by February 17, 2023; and Defendants will file their reply by March 16, 2023.

Dated: November 8, 2022

| | |
|---|---|
| **HODGSON RUSS LLP**<br>*Attorneys for Plaintiff-Relator Antoni Muhawi*<br><br>By: /s/Patrick E. Fitzsimmons<br>Daniel C. Oliverio (*pro hac vice*)<br>Robert J. Fluskey (*pro hac vice*)<br>Patrick E. Fitzsimmons (*pro hac vice*)<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202-4040<br>716.856.4000<br>*doliverio@hodgsonruss.com*<br>*rfluskey@hodgsonruss.com*<br>*pfitzsimmons@hodgsonruss.com* | **HOLLAND & KNIGHT LLP**<br>*Attorneys for Pangea Equity Partners, Pangea Equity Partners, LP, Pangea Equity Partners II, LP, Pangea Properties, Pangea Ventures, LLC, Pangea Real Estate and Pangea Real Estate Holdings, LLC*<br><br>By: /s/Michael A. Grill<br>Michael A. Gill<br>Rachel Christine Agius<br>Holland & Knight<br>150 N. Riverside Plaza, Ste. 2700<br>Chicago, IL 60606<br>(312)263-3600<br>*michael.grill@hklaw.com* |