# EXHIBIT M

**From:** Lischka, Mark
**Sent:** Tuesday, March 3, 2015 4:14 PM
**To:** Burns, Cheryl
**Subject:** RE: Question

Cheryl,

I've spoken to Karen Humphrey as well as the Participant, ▇▇▇▇▇▇▇.
I think we are good for now.

Sounds like this is somewhat of an issue with the larger landlords.
Hard to catch when the still stay within the fair market rate that the CHA is willing to pay.

Thanks for getting back to me.



*Mark Lischka* | Investigator, Office of the Inspector General
Phone (312) 786-3394 | Cell (312) 502- 3739 | Fax (312) 913-7805
Chicago Housing Authority | 60 E. Van Buren St. 12th Floor | Chicago, IL 60605
Mlischka@thecha.org | www.thecha.org

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited. If you have received this message in error, please completely destroy all electronic and hard copies, and contact the sender at 312.786.3394 or Mlischka@thecha.org

---

**From:** Burns, Cheryl
**Sent:** Monday, March 2, 2015 1:42 PM
**To:** Lischka, Mark
**Subject:** RE: Question



Mark,

I asked that my team with the fraud line follow up on this, but now realize that I may not have responded to you. Owners certify in signing the HAP contract that they are not charging more for HCV units than for other similar units in the building. This would be fraud.

1

I wonder if we could work with the reasonable accommodation group to send testers out there to see if that really happens.

Cheryl



**Cheryl L Burns** | Program Director, Housing Choice Voucher Program
Phone 312.786.4046 | Fax 312.913.4093 | Mobile 773.469.6163
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter
**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**From:** Lischka, Mark
**Sent:** Monday, January 26, 2015 9:47 AM
**To:** Burns, Cheryl
**Subject:** Question

Hi Cheryl,
Had a question for you regarding an issue we received.

The OIG received a complaint from a new HCV participant stating that she was shown a rental unit by Pangea Real Estate and was quoted a price of $820 per month. However, when Pangea found out that she was an HCV participant, Pangea informed her that the rent would be $970. The HCV participant began renting the unit in October 2014.
The HCV Participant's name who filed the complaint is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 2610 E 73rd, Apt 2, Chicago, IL 60649

Is this any sort of violation of the HCV program?
It would seem that this might happen fairly frequently.
The Participant could have also walked away from the apartment and tried to find another unit.

In checking with FileNet and reviewing the Comparable unit report, the rent charged fell well within the fair market value for the area.

Thanks for any insight you can provide

Mark Lischka



*Mark Lischka* | Investigator, Office of the Inspector General
Phone (312) 786-3394 | Cell (312) 502- 3739 | Fax (312) 913-7805
Chicago Housing Authority | 60 E. Van Buren St. 12th Floor | Chicago, IL 60605
Mlischka@thecha.org | www.thecha.org

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited. If you have received this

message in error, please completely destroy all electronic and hard copies, and contact the sender at 312.786.3394 or Mlischka@thecha.org

3

CHA-0000165