# EXHIBIT N

Pangea Review

# BACKGROUND

Beginning in January 2015 HCV began receiving anecdotal complaints from Participants alleging that Pangea was charging them higher rents than they were initially quoted when the management office staff learned that the participant had a voucher. On April 3, 2015 HCV's management team invited Pangea staff in and discussed all of these issues and others with them. On April 10, 2015 we made a formal request to Pangea requesting rent roles for all buildings that they had HCV participants in so that we could attempt to determine whether there was reason for concern. On April 16, 2015 Pangea responded stating they did not feel that they were obligated to provide the requested information. The same day we sent a response informing them of this requirement under the HAP contract to provide the requested information. On April 17, 2015 we received a response that the document exceeded our email size limit and that hard copies would be put in the mail. We received the package April 20, 2015 however due to the amount of data and our inability to manipulate we requested the data be shared via thumb drive had them work with ITS to allow them to upload the information to an ftp site.



PLAINTIFF'S EXHIBIT

CHA-0000415