# EXHIBIT O

**From:** Burns, Cheryl
**Sent:** Monday, June 15, 2015 1:46 PM
**To:** Ludwig, Kathryn E.
**Subject:** RE: SFTP for Pangea

Katie,

Thinking about sending the below email to David, let me know your thoughts. They continue to send us PDF's which make it impossible to sort and compare, but this time they even left the unit numbers off so we can't determine whether we have a contract there or not. I think they are dragging their feet.

Cheryl

David,

We have reviewed your submission and found that there are no unit numbers on this report, we are therefore unable to use it. As we have discussed previously, we need this information to perform our due diligence to complaints that have risen to our office as well as CHA's Office of Inspector General. I'm afraid if you refuse to submit this information you will leave me no choice but to recommend that CHA stop accepting RTA's from Pangea.

Please let me know if you will comply with this request.

Best regards,

Cheryl



**Cheryl L Burns** | Program Director, Housing Choice Voucher Program
Phone 312.786.4046 | Fax 312.913.4093 | Mobile 773.469.6163
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter
NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**From:** David Jaffee [mailto:djaffee@pangeare.com]
**Sent:** Friday, May 22, 2015 11:14 AM
**To:** Burns, Cheryl
**Cc:** Ludwig, Kathryn E.; Hondras, Sheldon
**Subject:** Re: SFTP for Pangea



PLAINTIFF'S EXHIBIT 10

Hi Cheryl,

Apologies for the delay here, it was a big task and we've had a very hectic couple weeks on our side. We believe we successfully posted the rent rolls to the FTP.

Have a great Memorial Day Weekend!

1

Best,
David

---

**From:** "Cheryl Burns" <CBurns@thecha.org>
**To:** "David Jaffee" <djaffee@pangeare.com>
**Cc:** "Kathryn E. Ludwig" <KLudwig@thecha.org>, "Sheldon Hondras" <SHondras@thecha.org>
**Sent:** Tuesday, 19 May, 2015 5:27:24 PM
**Subject:** Fwd: SFTP for Pangea

David,

Please reach out to Sheldon with additional questions.

Cheryl

Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: "Tam, Jin Y."
Date: 05/19/2015 4:28 PM (GMT-06:00)
To: "Burns, Cheryl"
Cc: "Hondras, Sheldon"
Subject: SFTP for Pangea

Here's the inside address.

\\psftp01\sftp\djaffee

Here's the username and password for the account.
Username: ▮
Password: ▮

2