# EXHIBIT P

**To:** Ludwig, Kathryn E.[KLudwig@thecha.org]
**From:** Burns, Cheryl[/O=CHA/OU=CHA/CN=RECIPIENTS/CN=CBURNS]
**Sent:** Mon 6/15/2015 7:09:22 PM (UTC)
**Subject:** RE: SFTP for Pangea

Got it, thanks!



**Cheryl L Burns** | Program Director, Housing Choice Voucher Program
Phone 312.786.4046 | Fax 312.913.4093 | Mobile 773.469.6163
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**From:** Ludwig, Kathryn E.
**Sent:** Monday, June 15, 2015 2:09 PM
**To:** Burns, Cheryl
**Subject:** RE: SFTP for Pangea

Hello. I'm fine with it, but maybe also add something saying that we would like the data in .xls or .csv format, otherwise he will probably continue to send .pdfs.
Thanks,
Katie



Katie Ludwig | Deputy Chief Housing Officer, Housing Choice Voucher Program
Phone 312.913.7792 | Mobile 312.221.6836
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
kludwig@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

**From:** Burns, Cheryl
**Sent:** Monday, June 15, 2015 1:46 PM
**To:** Ludwig, Kathryn E.
**Subject:** RE: SFTP for Pangea

Katie,

Thinking about sending the below email to David, let me know your thoughts. They continue to send us PDF's which make it impossible to sort and compare, but this time they even left the unit numbers off so we can't determine whether we have a contract there or not. I think they are dragging their feet.

Cheryl

DEFENDANT'S EXHIBIT 42

David,

We have reviewed your submission and found that there are no unit numbers on this report, we are therefore unable to use it. As we have discussed previously, we need this information to perform our due diligence to complaints that have risen to our office as