# EXHIBIT Q

| | |
|---|---|
| **From:** | Leslie, Russell |
| **Sent:** | Monday, September 14, 2015 12:18 PM |
| **To:** | Burns, Cheryl |
| **Cc:** | Huttenlocher, Tessa |
| **Subject:** | RE: Pangea totals |

Our initial process and findings:

We used the Pangea Rent Roll provide and performed an Excel function to identify any address in the Pangea file that match any address in the Yardi Monthly HCV Address Listing.
The function indicated there were only 50 matching addresses.
We used these address and verify from Pangea's Rent Roll if there were any variations between what was charged by Pangea for non-HCV participants and HCV participants.
We found of the 50 matching units...

| | | |
|---|---|---|
| 40 | Yes | Difference is negative |
| 9 | yes | Difference is positive |
| 1 | No comparative information | |

Tessa then perform analysis on the data using and determined the average difference in the rents changed.



**Russell Leslie**| IPI Enforcement, Housing Choice Voucher Program
Phone 312.913.7288 | Fax 312.913.7289 |
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
rleslie@thecha.org | www.thecha.org

### "Success is going from failure to failue without losing your enthusiamsm". – Winston Churchill

Like us on Facebook | Follow us on Twitter
**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

**From:** Burns, Cheryl
**Sent:** Monday, September 14, 2015 8:21 AM
**To:** Leslie, Russell <RLeslie@thecha.org>; Huttenlocher, Tessa <THuttenlocher@thecha.org>
**Subject:** Pangea totals

Can you work together to write up a methodology and summary of findings for me on the Pangea project? Let me know how long you think this would take.

Thanks!

Cheryl

1



PLAINTIFF'S EXHIBIT
24
PENGAD 800-631-6989

CHA-0000129



**Cheryl L Burns**| Senior Director, Housing Choice Voucher Program
Phone 312.786.4046 | Fax 312.913.4093 |Mobile 773.469.6163
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter
**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

CHA-0000130