# EXHIBIT R

| | |
|---|---|
| **From:** | Burns, Cheryl |
| **Sent:** | Monday, November 2, 2015 10:27 AM |
| **To:** | Ludwig, Kathryn E. |
| **Subject:** | FW: HCV Sept Rent Roll.xlsx |
| **Attachments:** | HCV Sept Rent Roll.xlsx |

Katie,

Per our discussion this was the last report Russell provided to me.

Cheryl



**Cheryl L Burns** | Senior Director, Housing Choice Voucher Program
Phone 312.786.4046 | Fax 312.913.4093 | Mobile 773.469.6163
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
cburns@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter
**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

Please consider the environment before printing this email.

**From:** Leslie, Russell
**Sent:** Friday, September 11, 2015 2:50 PM
**To:** Burns, Cheryl <CBurns@thecha.org>
**Cc:** Huttenlocher, Tessa <THuttenlocher@thecha.org>
**Subject:** HCV Sept Rent Roll.xlsx

I ran the Monthly HCV Address Listing. Here are my findings.

We have 1130 unit managed by Pangea and its Holdings. Many of these are not on the data that Pangea shared with us.

I suggest we request the data for all Pangea and its Holdings to obtain a complete list.

Also, the list they should provide should be contain the USPS addresses.



PLAINTIFF'S EXHIBIT 26
PENGAD 800-631-6989

1

CHA-0000411

Duplicate, Intentionally Withheld

CHA-0000412

| | |
|---|---|
| **From:** | Leslie, Russell |
| **Sent:** | Friday, September 11, 2015 2:50 PM |
| **To:** | Burns, Cheryl |
| **Cc:** | Huttenlocher, Tessa |
| **Subject:** | HCV Sept Rent Roll.xlsx |
| **Attachments:** | HCV Sept Rent Roll.xlsx |

I ran the Monthly HCV Address Listing. Here are my findings.

We have 1130 unit managed by Pangea and its Holdings. Many of these are not on the data that Pangea shared with us.

I suggest we request the data for all Pangea and its Holdings to obtain a complete list.

Also, the list they should provide should be contain the USPS addresses.

1

CHA-0000413

**Document Produced Natively**

CHA-0000414