# EXHIBIT T

Page 1

1                UNITED STATES DISTRICT COURT
              Northern District of Illinois
2    - - - - - - - - - - - - - - - :
                                    :
3    ANTONI MUHAWI,                 :
                                    :
4             Plaintiff,            :   CASE NO.
                                    :
5             vs.                   :   18-CV-02022
                                    :
6    PANGEA EQUITY PARTNERS, et     :
     al.                            :
7                                   :
8             Defendants.           :
                                    :
     - - - - - - - - - - - - - - - :

9

10              DEPOSITION OF KATHRYN LUDWIG

11

12   DATE:              December 6, 2022
13   TIME:              10:00 a.m.
14   LOCATION:          Holland & Knight, LLP
                        800 17th St., NW
15                      Suite 1100
                        Washington, DC 20006
16

17

18   REPORTED BY:       Constance H. Rhodes
                        Reporter, Notary
19

20

21              Veritext Legal Solutions

22

Page 2

1      A P P E A R A N C E S
2
3  On behalf of Plaintiff:
4    PATRICK R. FITZSIMMONS, ESQUIRE
      ROB FLUSKY, ESQUIRE (Via Zoom)
5    Hodgson Russ
      140 Pearl Street
6    Suite 100
      Buffalo, New York 14202
7    (716) 848-1710
      Pfitzsimmons@hodgsonruss.com
8
9  On behalf of Defendants:
10   STEVEN D. GORDON, ESQUIRE
      MICHAEL A. GRILL, ESQUIRE (Via Zoom)
11   Holland & Knight
      800 17th Street, Northwest
12   Suite 1100
      Washington, DC 20006
13   (202) 955-3000
      Steven.gordon@hklaw.com
14
15   SUNIL KUMAR, ESQUIRE
      Deputy General Counsel
16   Chicago Housing Authority
      61 East Van Buren, 12th Floor
17   Chicago, Illinois 60605
      Skumar@thecha.org
18
19  ALSO PRESENT:
20   Krusha Evans, Esq., Pangea (via Zoom)
21
22     * * * * *

Page 3

1      C O N T E N T S
2  EXAMINATION BY:       PAGE
3    Counsel for Defendants     4
4
5  DEFENDANTS' MARKED DEPOSITION EXHIBITS:*
6  Exhibit 60  4/16/15 Cheryl Burns email to Kathryn
      Ludwig re: Rent Rolls     35
7  Exhibit 61  6/15/15 Cheryl Burns email to Kathryn
      Ludwig re: SFTP for Pangea    38
8
9
    PLAINTIFF'S PREVIOUSLY MARKED EXHIBITS
10
    Exhibit 13  7/23/15 email correspondence between
11   CHA CVP and Pangea re: Rent Rolls
    Exhibit 26  11/2/15 Cheryl Burns email to Kathryn
12   Ludwig re: HCV Sept. Rent Roll.
    Exhibit 55  Chicago Housing Authority FY2015
13   Administrative Plan for Housing Choice
      Voucher Program
14
15
    DEFENDANTS' PREVIOUSLY MARKED EXHIBITS
16
    Exhibit 35  4/16/15 email correspondence
17   between CHA CVP and Pangea re: Rent
      Rolls
18
19
20
21
22  (* Exhibits attached to transcript.)

Page 4

1      P R O C E E D I N G S
2  WHEREUPON,
3      KATHRYN LUDWIGH
4  called as a witness, and having been first duly
5  sworn, was examined and testified as follows:
6    EXAMINATION BY COUNSEL FOR DEFENDANT
7  BY MR. GORDON:
8    Q   Ms. Ludwig, would you please state your
9  name for the record?
10   A   Sure.  My legal name is Kathryn Ludwig,
11  but I go by Katie.
12   Q   Have you ever had your deposition taken
13  before?
14   A   No.
15   Q   So let me go over a few preliminaries
16  with you.  It's important that we don't speak over
17  each other or -- same with Mr. Fitzsimmons when
18  he's questioning you.  I'll try to avoid it, but
19  if it sometimes happens, we'll make sure we
20  get a clean record.
21     Second, we'll be using various acronyms
22  and shorthands in this deposition.  I think they

Page 5

1  will all be familiar to you, but for the record let
2  me go through them.  Can we agree that CHA will
3  stand for Chicago Housing Authority?
4   A   Yes.
5   Q   And that we're going to be talking about
6  the housing choice voucher program, which may
7  sometimes be referred to as HCV.  Is that
8  agreeable?
9   A   Yes.
10   Q   And I am counsel for the defendants in
11  this case, a group of entities that are connected
12  to Pangea.  For simplicity we'll just refer to
13  them as Pangea.  Is that acceptable to you?
14   A   Sure.
15   Q   I don't think I have any other
16  preliminaries beyond those.
17     Ms. Ludwig, would you please recount your
18  education post secondary?
19   A   Sure.  I have a master's degree in
20  public policy from the University of Chicago.  I
21  graduated from there in 2001.
22   Q   Okay.  And your undergraduate degree?

2 (Pages 2 - 5)

Page 6

1    A    I have a bachelor's of arts, a BA, from
2  DePaul University, and I double majored in English
3  and political science.  I graduated there in '99.
4    Q    And could you recount for us your
5  employment history after getting your master's
6  degree?
7    A    Sure.  I started -- after I graduated
8  from the Harris School of the University of
9  Chicago, I started in the City of Chicago's budget
10  office, and I worked there -- so that was in like
11  the summer of 2001.  I worked there for three or
12  four years and then worked for the City of Chicago
13  in various capacities.  I worked in the Department
14  of Housing.  I worked in the Chicago Public
15  Library.  And then eventually moved over to the
16  Chicago Housing Authority.  And I don't remember
17  exactly which year that was, but I spent about
18  four and a half years there at the Chicago Housing
19  Authority at the CHA.
20    Q    Okay.  Now, how many years were you at
21  the Chicago Public Library?
22    A    I was there about a year.

Page 7

1    Q    And what position did you have there?
2    A    I was the deputy commissioner over
3  finance and administration.
4    Q    And how many deputy commissioners are
5  there in the library?
6    A    There -- I think it -- so there was a
7  commissioner and there was a first deputy
8  commissioner, and then I think at the time I was
9  the only other deputy commissioner.
10    Q    So is it fair to say that you held one
11  of the top three administrative posts in the
12  library?
13    A    Sure.
14    Q    And you said you were in charge of
15  finance there?
16    A    Yeah.  Finance and administration.
17    Q    What led you to move to CHA?
18    A    I -- so I had previously worked in the
19  city housing issues.  For probably most of my
20  career with the City of Chicago I was working on
21  housing issues.  I enjoyed my work at the library
22  but really missed working on housing stuff

Page 8

1  generally speaking, so decided that I wanted to
2  get back into that and heard -- you know, saw
3  openings there and decided to -- to apply and move
4  over there.
5    Q    What position did you take as CHA?
6    A    So I think the title -- at the time I
7  know my title changed a couple times while I was
8  at CHA.  I don't remember -- I want to say the
9  exact title I don't remember, but it was something
10  to the effect of like deputy for the housing
11  choice voucher program.  I don't exactly remember
12  the title.
13    Q    And you joined CHA in approximately
14  2014?
15    A    Early 2014, yes.
16    Q    And during your -- when was it that you
17  left CHA?
18    A    I left CHA in, I want to say,
19  October 2018.
20    Q    So you were at CHA for a little over
21  four years?  About four and a half years?
22    A    Yes.

Page 9

1    Q    During your time at CHA did your
2  position change?
3    A    Yes.
4    Q    How did it change?
5    A    At some point -- and again, I can't
6  remember exactly when, the CEO did a
7  reorganization, and I became a chief and I
8  reported directly to the CEO, Jean Jones, at the
9  time.  So yeah, I went from being a deputy, or
10  again some similar title to that, to then being a
11  chief -- the chief housing choice officer --
12  excuse me -- chief housing choice voucher officer.
13    Q    Okay.  Is it fair to say then that your
14  entire tenure with CHA you were working in the
15  housing choice voucher program?
16    A    Yes.
17    Q    And you were first the deputy chief and
18  ultimately the chief of the CHA housing choice
19  voucher program?
20    A    Correct.
21    Q    When you were deputy, to whom did you
22  report?

3 (Pages 6 - 9)

Page 10

1    A   I initially reported to Ellen Sahli, and
2  I don't remember exactly what her title was.
3  Maybe something to the effect of chief housing
4  officer.  At some point Ellen left.  I don't
5  remember when that was, and I will say I don't
6  remember who I was reporting to at that time.
7    Q   Okay and then thereafter you started
8  reporting to the CEO when you became chief?
9    A   Correct.
10   Q   Now, when you reported to -- Ms. Sahli
11 was it?
12   A   Yes.
13   Q   Was she the chief of the housing choice
14 voucher program, or were her responsibilities
15 broader than the housing choice --
16   A   Her responsibilities were broader than
17 the housing choice voucher program.
18   Q   So is it fair to say then during that
19 entire period you were the top administrator for
20 the housing choice voucher program as such?
21      MR. KUMAR:  Objection to form.  You may
22 answer.

Page 11

1    A   I would say I focused on the housing
2  choice voucher program, but I was not the ultimate
3  decision maker on the program while I was there.
4    Q   Who was the ultimate decision maker?
5    A   I think there were many decisions that
6  would be made at a higher executive level.  So
7  whether I was at the deputy chief level or at the
8  chief level, there were other folks that would
9  have a say in HCV matters.
10   Q   And who were those folks?
11   A   So the chief executive officer, you
12 know, others on the executive team.
13   Q   And who were those others?
14   A   Oh, I'm trying to remember.  I mean
15 there were -- there were a lot of different people
16 there.  It's been a while.  I know our -- and
17 again, I can't remember what his title was --
18 chief of staff.  Jose Alvarez was one person.  The
19 chief legal officer.  I consulted a lot of with
20 our public housing folks and whoever was in charge
21 of the public housing side of the operation.  So
22 other members -- and again, there were other

Page 12

1  members of the executive team as well that I just
2  don't remember specific names and titles.
3    Q   And what issues do you recall consulting
4  with these other people on?
5    A   I mean lots of different, you know,
6  policy issues, different -- all different kinds of
7  issues.  I mean lots of different things that
8  would come up.
9    Q   Can you give us some examples?
10   A   You know, how we were going to -- you
11 know, dealing with our wait list.  And one of my
12 first projects when I worked at CHA was opening
13 the wait list.  And we were going to open the wait
14 list for the housing choice voucher program and
15 public housing program at the same time.  So there
16 was a lot of coordination there.  I was not the
17 sole decision maker on any of that.  I had to be
18 coordinating all of that.  So that's just one
19 example.
20      But other issues related to sort of
21 engagement with our population and how we were going
22 to be out reaching to them and communicating to

Page 13

1  them, those kinds of things, also would be another
2  example.
3      MR. FITZSIMMONS:  Steve, I'm sorry to
4  interrupt.  We have people in the waiting room to be
5  let into the deposition.
6      (Brief pause.)
7  BY MR. GORDON:
8    Q   Ms. Ludwig, you said that one of your
9  big projects when you came to CHA was to open up
10 the waiting list for the voucher program; is that
11 right?
12   A   Yes.
13   Q   What other big projects did you
14 undertake while you were at CHA.
15   A   I'm trying to think here.  That was one
16 of the biggest and took a while.  We were also in
17 a significant period -- or issuing more vouchers.
18 So we were doing -- we kind of referred to it as
19 our lease-up project, so we were increasing the
20 number of voucher holders that we had in our
21 program.  So that was another initiative.
22      I know we did -- sort of another project

4 (Pages 10 - 13)

Page 14

1  we worked on was sort of reconfiguring I guess -- I
2  can't think of a better word -- for our -- we had a
3  group of voucher holders that we referred to -- I
4  think they were the voucher holding council.  I
5  might not be getting the name exactly right, but it
6  was a group of, you know, a dozen or so voucher
7  holders that we met with regularly to get their
8  feedback on how the program was going.
9          At one point we sort of re -- like I said,
10  reconfigured that group and had people apply for
11  positions on that council and things like that.  I'm
12  trying to think -- I know this is going back a
13  while, so I have kind of limited recollection.
14  Those are the biggest ones I can remember off the
15  top of my head right now.
16      Q    And now you just mentioned the voucher
17  holder council.  Those are in some ways the people
18  you are serving.  This would be a group
19  representing the people you are serving.
20      A    Yes.
21      Q    Did you have any similar organization
22  with respect to landlords?

Page 15

1      A    Yes.
2      Q    Could you tell me about that please.
3      A    Sure.  We had a group of landlords that
4  we met with regularly.  I'm trying to think.  The
5  landlord group may have been a bit different from
6  the resident group, though, in that -- so we held
7  regular landlord networking events, but I honestly
8  can't remember if that was a closed group or if
9  any landlord who wanted to attend could attend.
10          The resident group was very much like you
11  had to be appointed to that group to attend.  The
12  landlord group -- I can't remember -- I think it may
13  have been more open.  But we held regular -- and I
14  want to -- I can't remember how often we held them,
15  but regular networking events, typically in the
16  evening where we would meet with them and get them
17  feedback on the different issues and talk to them
18  about new things that might be coming out, so on and
19  so forth.
20      Q    Approximately -- and I'm looking just
21  for ballpark figures here -- approximately how
22  many voucher holders did you have in the program?

Page 16

1  And you mentioned it increased, so if you could
2  sort of give us an idea of what it started at and
3  how it increased.
4      A    I will say I don't remember what we
5  started at when I was at CHA.  By the time I left
6  I want to say we were right around 40,000
7  households.  But we -- I can't remember exactly
8  where we were when I started.
9      Q    But it was significantly less than that?
10      A    I think so.  I want to say it was --
11  yes.  I just can't remember the exact number.
12      Q    Let me switch to the landlord side and
13  ask approximately how many landlords did you have
14  in the program?
15      A    I don't remember that.
16      Q    Can you give even a ballpark figure?
17      A    I really could not.  I don't remember
18  that.
19      Q    All right.  Who were the biggest
20  landlords in the program?
21      A    I wouldn't -- I don't even remember
22  that.

Page 17

1      Q    Okay.  Could you tell me, please, who
2  were the direct reports that you had while you
3  worked at CHA?
4      A    Sure.  I don't know that I will remember
5  each and every one of them, but I know -- I will
6  tell you that the main ones, I guess, were Cheryl
7  Burns, Karen Humphrey.  Donna Thomas was my
8  assistant.  I think Steven Field reported directly
9  to me.  There may have been others, but those are
10  the ones I remember most right now.
11      Q    What was Ms. Burns' area of
12  responsibility?
13      A    So I don't -- you know, I don't remember
14  exactly what her job description would have been.
15  I thought of her as sort of everything related to
16  the operation of the program was sort of her area
17  of responsibility.  She -- she took, you know,
18  primary responsibility for the -- again, the
19  operation of the program.
20      Q    And what was the primary responsibility
21  of Ms. Humphrey?
22      A    Karen did a lot of our outreach

5 (Pages 14 - 17)

Page 18

1 engagement following up on concerns raised by
2 landlords or tenants. Yeah. Those were the main
3 areas of responsibility.
4    Q   Your assistant, Ms. Thomas, did she have
5 any particular responsibilities or she was --
6    A   She -- Donna mostly helped me
7 administratively. So right, like helping me with
8 scheduling, answering calls, correspondence, those
9 kind of things.
10    Q   And Mr. Field, what was his area of
11 responsibility?
12    A   He helped me -- well helped all of us,
13 helped the team on primarily policy related
14 matters. So you know, if we were considering, you
15 know, changing any of our policies, things like
16 that, he was -- you know, would do research on
17 that. So again, mostly policy matters.
18    Q   Why did you leave CHA in 2018?
19    A   I was ready for a change. I had been
20 there for four and a half years. I enjoyed
21 working on housing stuff but was also ready to,
22 again, make a change and go work on some different

Page 19

1 things so decided to explore other opportunities.
2    Q   Ms. Ludwig, let me turn to the lawsuit
3 that brings us all here today which involves Mr.
4 Muhawi suing Pangea under the False Claims Act.
5 And my first question to you, ma'am, is what
6 knowledge, if any you have about this lawsuit?
7    A   I've looked over some of the materials,
8 so I guess I would a say high-level understanding
9 of the claims.
10    Q   What materials have you looked at,
11 ma'am?
12    A   I looked at some of the emails that I
13 was copied on back when I was working at CHA. I
14 think I saw some copies of exhibits and maybe
15 even -- I don't know what the right word is -- the
16 complaint or the -- you know, the writeup. I
17 didn't read it in detail, but I kind of glanced
18 over it.
19    Q   Did you retain any CHA materials when
20 you left CHA?
21    A   No.
22    Q   How was it that you received the email

Page 20

1 correspondence that you reviewed to refresh
2 yourself?
3    A   I was sent it by Sunil, my attorney.
4    Q   Other than your contacts with Mr. Kumar
5 or other attorneys at CHA, have you had contact
6 with anyone else about the case?
7    A   I will say some point earlier this
8 Cheryl reached out to me and just asked if I had
9 any materials, notebooks, notes, anything like
10 that; and I told her I didn't. So she didn't give
11 me any detail but kind of had said, hey, there's
12 this things going on and do you have any notes or
13 anything on this, and I said, no, I don't.
14    Q   In addition to reviewing the materials
15 that you mentioned, did you do anything else to
16 prepare for your deposition today?
17    A   No. Well, I guess I -- I will say I met
18 with Sunil for a couple hours the other day just
19 to go over some other things. Technically, I
20 suppose that was prep, so I should correct that.
21    Q   When do you first recall dealing with
22 Pangea as one of the landlords in the CHA program?

Page 21

1    A   I guess I would say -- what do you mean
2 by "dealing with"? And the only reason I would
3 say I personally wasn't dealing with them but I --
4 from day one I knew they were a landlord in the
5 program.
6    Q   Well, and why is it or how is it that
7 you knew that Pangea was a landlord in the
8 program?
9    A   They were a -- it was just common
10 knowledge. They were a large landlord in the
11 city, and so they -- you know, it was just sort of
12 common knowledge they were a landlord in the
13 program.
14    Q   Would it be fair to say they were at
15 least one of the large landlords in the program?
16    A   Yes.
17    Q   Do you recall any other large landlords
18 in the program that you would put in the same
19 category as Pangea?
20    A   Not off the top of my head.
21    Q   And would it be fair to say then that
22 they were the largest landlord as far as you knew?

6 (Pages 18 - 21)

1    A    I don't feel comfortable saying that
2 just because I don't recall right now, and, again,
3 it's been some time.  So possibly.  I just don't
4 know with any certainty.
5    Q    Can you think of any other landlord that
6 was of comparable size?
7    A    Again, not right now.
8    Q    When do you recall first having any
9 dealings with Pangea yourself?
10    A    I don't remember.  I mean -- yeah, I
11 don't remember.
12    Q    What sort of dealings do you recall
13 having with Pangea during the course of your
14 tenure at CHA?
15    A    I'm sure we exchanged emails, and I
16 think at one point probably had some meetings.
17 But I don't recall when those were.
18    Q    What sort of meetings do you recall
19 having with Pangea?
20    A    I don't even remember what the topics
21 were.  I do believe that Pangea did attend our
22 landlord -- again, those -- those landlord

1 networking sessions that I referred to earlier.  I
2 believe Pangea attended those fairly regularly.
3 So I think I would see them there, interact with
4 them there.  I think, in addition, I had meetings
5 with them at CHA offices.  I cannot remember what
6 the topics of those conversations would have been.
7    Q    Okay.  Do you recall any of the
8 individuals from Pangea that you dealt with?
9    A    I do remember David Jaffe, and I think
10 there were others, but I don't remember names.
11    Q    What did you understand Mr. Jaffe's
12 position at Pangea to be?
13    A    I don't really know.  Someone in charge
14 of lease up, but I couldn't say with any
15 certainty.
16    Q    Did you deal with Pangea more or less
17 than other landlords in the voucher program?
18    A    Did I personally?
19    Q    Yes.
20    A    I wouldn't say any more or less.
21    Q    During your tenure at CHA, did you have
22 dealings with the CHA office of inspector general?

1    A    Yes.
2    Q    And how often did you deal with the
3 office of inspector general or OIG?
4    A    I don't know how often.  I don't know
5 how often I would meet with them or anything like
6 that.  I know when we had issues to discuss we
7 would meet; but again, I don't know how frequently
8 that was.
9    Q    And what issues do you recall dealing
10 with OIG on?
11    A    I don't -- again, it's been a long time
12 I don't have specific memories of any of those
13 cases right now.
14    Q    Do you recall that there was a complaint
15 made to OIG about Pangea charging higher rents for
16 assisted units than for unassisted units?
17    A    I did not recall that.  I don't -- I was
18 not aware of that.
19    Q    Do you recall that issue coming up,
20 albeit not in connection with OIG?
21    A    I remember, yes, this issue being
22 brought to my attention, yes.

1    Q    Who brought it to your attention?
2    A    Cheryl did.
3    Q    And appreciating that it's been a while,
4 can you tell us approximately when it was that she
5 brought it to your attention?
6    A    I would not remember that.
7    Q    We'll look at some emails that may help
8 give us a time frame.
9        Tell us what you recall about Ms. Burns
10 bringing this to your attention.
11    A    I remember Cheryl, again, letting me
12 know that there was a concern that had been raised
13 that it was potentially the case that Pangea was
14 charging on HCV tenants a higher rent than market
15 tenants or nonsubsidized, non-HCV tenants in the
16 same building and wanting to know -- you know,
17 wanting to get my feedback on sort of how we
18 should proceed.  She made a recommendation on
19 what, you know, what she thought we should do,
20 and, you know, we both agreed that the CHA should
21 look into this, review the matter, review the
22 facts, and go from there.  And I asked Cheryl to

Page 26

1 sort of take the lead on all of that.
2    Q   What was her recommendation?
3    A   That we should review, again, the
4 information that we had at our -- available to us.
5    Q   What steps were 1taken to do that?
6    MR. KUMAR: Objection. Form. Foundation.
7 You may answer.
8    THE WITNESS: I believe we -- and when I
9 say we, I mean CHA -- requested information from
10 Pangea about the units that it was renting to the
11 HCV holders as well as information for non-CHA
12 leaseholders.
13 BY MR. GORDON:
14    Q   Would this information be called
15 rent-roll information?
16    A   Yes.
17    Q   Is that a common term in the industry?
18    A   Sure.
19    Q   Were you present at a meeting with
20 Pangea when a request was made for rent-roll
21 information?
22    A   I don't remember.

Page 27

1    Q   Let me show you what is Plaintiff's
2 Exhibit 13 in this matter. And it's a multi-page
3 email chain. Let me direct your attention, if I
4 may, to the page that at the bottom right-hand
5 corner has the identifying mark CHA179 and ask you
6 if you would take a look at the email that appears
7 at the top of that page.
8    Have you had a chance to review it?
9    A   Yes.
10    Q   Do you recognize this email?
11    A   Yes.
12    Q   What is it?
13    A   This is an email from Cheryl to Brenda
14 Jimenez, and I am copied on it, David Jaffee is
15 copied on it, and it's an email from Cheryl is
16 requesting rent-roll information from Pangea.
17    Q   She references a meeting that involved
18 her and you, does she not?
19    A   Yes.
20    Q   Do you believe that meeting occurred
21 that same day?
22    A   I don't know.

Page 28

1    Q   At least near in time to that?
2    A   I would -- I don't know.
3    Q   Okay. Do you recall the meeting?
4    A   I remember having a discussion with
5 Cheryl about this one. I don't remember a
6 specific meeting, but I remember having a
7 discussion about this.
8    Q   All right. You told us that you
9 discussed the issue with Cheryl beforehand to
10 decide on a course of action, correct?
11    A   Yes.
12    Q   Now, when you talk about recollecting
13 something with Cheryl, do you recall being present
14 at a meeting with Cheryl and Pangea or not?
15    A   No.
16    Q   So you don't have a recollection of
17 being present with Pangea?
18    A   Correct.
19    Q   Were you aware at the time that a
20 request for rent-roll information had been made to
21 Pangea?
22    A   What time? What time are we talking

Page 29

1 about?
2    Q   In April of 2015.
3    A   I don't know. Yeah. I don't know. Can
4 you say your question again?
5    Q   Sure. Let me come at it a different
6 way. You told us that you and Ms. Burns discussed
7 doing a review, getting some information and doing
8 a review, correct?
9    A   Yes.
10    Q   Do you recall that Ms. Burns proceeded
11 to do so?
12    A   Yes.
13    Q   Did Ms. Burns, as you recall it, keep
14 you apprised of what was happening?
15    A   Yes.
16    Q   Now, do you recall learning either from
17 Ms. Burns or otherwise that a request for
18 rent-roll information had been made to Pangea?
19    A   Yes.
20    Q   Okay. Now, I'm going to ask you some
21 questions generally without giving you at this
22 point the benefit of emails. We can go through

8 (Pages 26 - 29)

Page 30

1  emails later.
2     A   Okay.
3     Q   Looking at the whole issue generally
4  what do you recall Pangea's response being to the
5  request for rent-roll information?
6     A   Generally, I remember that there was a
7  significant amount of back and forth between the
8  CHA and Pangea and that the information provided
9  by Pangea was not in a format that was easy for us
10 to analyze.  And again, when I say we, I mean CHA.
11    Q   And when you say "a significant back and
12 forth," what is your recollection of how long that
13 went on?
14    A   I don't remember specifics.  A couple
15 months.
16    Q   And what was the verbal outcome of that
17 back and forth?
18    A   I don't remember.  I -- I don't
19 remember.
20    Q   Okay.  Do you recall yourself being
21 involved in any of that back and forth?
22    A   I remember being copied on emails, but I

Page 31

1  would -- Cheryl was taking the lead on it.  I had
2  pretty limited involvement.  It was, again,
3  something she was taking the lead on.  So I wasn't
4  paying a huge amount of attention to it.
5     Q   Let me ask you to take a look at the
6  same exhibit in front of you, Exhibit 13, and look
7  at the preceding page, the one you just looked at,
8  the one that is marked CHA 178 at the bottom, and
9  ask you to review the email that appears the
10 bottom two thirds of that page.
11        Have you had a chance to look at it?
12    A   Yes.
13    Q   Do you recall that email?
14    A   No.
15    Q   Do you recognize it now that you see it?
16    A   Yes.
17    Q   Okay.  And how would you summarize this
18 email.  Obviously, it speaks for itself, but what
19 was your reaction to this email?
20    A   I don't remember what my reaction was.
21 Do you want me to tell you how I'm interpreting it
22 now?

Page 32

1     Q   Yes, ma'am.
2     A   I would say in summary that Pangea is
3  explaining why they don't want to provide
4  additional information that CHA had requested, and
5  they outlined three different reasons as to why
6  they don't want to provide that information.
7     Q   So Pangea is pushing back on the request
8  for rent roll information?
9     A   Yes.
10    Q   And in particular pushing back on it
11 insofar as it related to the market-rate tenants?
12    A   Yes.
13    Q   Did you believe CHA had a right to that
14 information?
15    A   Yes.
16    Q   And do you recall why you believe CHA
17 had a right to it?
18    A   It is in the regulation and in the
19 housing assistance payment contract that a
20 landlord enters into with the CHA.
21    Q   So let me ask you to take a look at the
22 time of day that this email from Mr. Jaffee

Page 33

1  arrived.  Do you see that?
2     A   Uh-huh.
3     Q   8:31 a.m.
4     A   Uh-huh.
5     Q   I need you to say yes or no.
6     A   Yes.  Sorry.  Yes.
7     Q   I'm going to show you another exhibit,
8  Ms. Ludwig.  This is Defendants' Exhibit 35.  And
9  let me direct your attention to start with to the
10 first page of this exhibit marked CHA 10 to the
11 email in the middle of the page.
12        Do you see that?
13    A   Yes.
14    Q   And do you recognize that as an email
15 you sent?
16    A   Yes.
17    Q   And that is sent on the very same day at
18 8:42?
19    A   Yes.
20    Q   So basically within minutes of when
21 Mr. Jaffee sent his?
22    A   Yes.

9 (Pages 30 - 33)

Page 34

1    Q    And this is sent by you?
2    A    Yes.
3    Q    And you say: Very annoying. I know
4  this is in the regs, but is it also listed in the
5  HAP contract?
6    A    Correct.
7    Q    And you are sending this email to
8  Ms. Burns?
9    A    Correct.
10    Q    And this is unprompted by Ms. Burns.
11  This is your reaction to looking at Mr. Jaffee's
12  email?
13    A    Correct.
14    Q    Do you recall this incident with the
15  benefit of the email?
16    A    I don't recall it. I'm reading it now,
17  you know, so -- but I don't -- I don't
18  specifically recall this.
19    Q    It doesn't trigger a recollection for
20  you?
21    A    No.
22    Q    All right. And then let me direct your

Page 35

1  attention now to the email at the top of the first
2  page of that exhibit -- or actually, let me direct
3  your attention not to that, but to a -- because I
4  believe the timing on that is inaccurate -- I'm
5  going to show you a different version of it.
6        Let me show you what has been marked for
7  identification as Defendants' Exhibit 60 and direct
8  your attention to the email in the middle of that
9  exhibit.
10        (DEFENDANTS' Exhibit Number 60 was
11        marked for identification.)
12  BY MR. GORDON:
13    Q    Do you recognize that, Ms. Ludwig, as
14  another email that you sent to Ms. Burns?
15        MR. FITZSIMMONS: Can I -- just for the
16  record, I think we stopped at Exhibit 59, so you are
17  marking this one now as Exhibit 60?
18        MR. GORDON: Yes. That's why I started
19  with 60. Mike told me that we were at 59.
20        MR. FITZSIMMONS: You premarked them so I
21  wasn't expecting that you had premarked it. All
22  right. We're on the same page.

Page 36

1  BY MR. GORDON:
2    Q    Ms. Ludwig, do you recognize the email
3  in the middle of Exhibit 60 as being another email
4  you sent to Ms. Ludwig the same day?
5    A    I sent to Ms. Burns.
6    Q    I'm sorry.
7    A    That's okay. Yes.
8    Q    And this is about ten minutes after your
9  first one?
10    A    Yes.
11    Q    And there you say: Ooh, I found it in
12  the HAP contract.
13    A    Yes.
14    Q    With an exclamation.
15    A    Yes.
16    Q    So you were pleased with yourself?
17    A    Yes.
18    Q    All right. And then Ms. Burns responds
19  to you: I was in a meeting. Thanks. Do you
20  recall to respond or should I?
21    A    Yes.
22    Q    Do you recall who responded to Pangea?

Page 37

1    A    I do not.
2    Q    Since the matter was primarily
3  Ms. Burns' to pursue, why was it that you took it
4  on yourself to figure out where in the HAP
5  contract it was?
6    A    I don't know. I couldn't comment on why
7  I decided to do that. So yeah. I don't know.
8    Q    All right. Ms. Ludwig, you told us that
9  you recall that as this back and forth between CHA
10  and Pangea over the rent rolls went on, Pangea
11  provided information in a format that was -- I
12  don't want to put words in your mouth -- but a
13  format that was difficult or not easy to use.
14    A    Yes. My recollection is that the
15  information we got from Pangea didn't easily lend
16  itself to allowing us -- allowing staff to make
17  comparisons and do analysis.
18    Q    Do you recall why that was?
19    A    I think -- I don't remember the specific
20  reasons. I just remember it was not easy.
21    Q    And do you recall discussing this with
22  Ms. Burns?

10 (Pages 34 - 37)

Page 38

1    A   Yes.

2    Q   And do you recall discussing it with
3    anybody else?

4    A   No.

5    Q   Was CHA ultimately able to obtain
6    information from Pangea in a form that it found
7    usable?

8    A   I'm not sure.  I don't remember.

9    Q   Do you recall any steps that CHA took in
10   the course of getting Pangea to provide
11   information?

12   A   Do I remember any steps --

13   Q   Yes.

14   A   -- involved.  Other than making the
15   request, I don't remember any steps.

16       (DEFENDANTS' Exhibit Number 61 was
17   marked for identification.)

18   BY MR. GORDON:

19   Q   Ms. Ludwig, I'm going to show you what's
20   been marked for identification as Defendants'
21   Exhibit 61.  And I'm going to direct your
22   attention first to the email at the bottom of the

Page 39

1    first page marked CHA 90, an email from Ms. Burns
2    to you dated June 15th, 2015, at 1:46 p.m.

3    A   Yes.

4    Q   Okay.  Would you review that, please?

5    A   Yes.

6    Q   Do you recognize that email as one that
7    Ms. Burns sent to you?

8    A   Yes.

9    Q   And now that you've had a chance to
10   review it, do you recall it?

11   A   No.  I mean, it was sent clearly.  I
12   received it, but I don't remember getting it.

13   Q   All right.  Now, in this email Ms. Burns
14   is running by you an email that she's thinking
15   about sending to Pangea, correct?

16   A   Correct.

17   Q   Why would she run that by you?

18   A   I don't know why.  I don't know what her
19   motivation would be.  I don't know.

20   Q   Well, the email that she proposed to
21   send to Pangea basically contained a threat,
22   didn't it, that CHA would cut off new units for

Page 40

1    Pangea if they didn't produce the information, the
2    rent roll information?

3    A   Yes.

4    Q   Do you believe Ms. Burns wanted to make
5    sure you were okay with that?

6    A   Yes.  She probably just wanted to make
7    sure I was okay with that.

8    Q   Now, during your tenure at CHA do you
9    recall ever making that sort of threat to a
10   landlord other than Pangea?

11   A   Me, personally?

12   Q   CHA doing it.

13   A   I don't have any recollection one way or
14   the other.  It's possible.  I just don't remember.

15   Q   Okay.  That would be a fairly drastic
16   step, wouldn't it?

17       MR. KUMAR:  Objection to form.  You may
18   answer.

19       THE WITNESS:  I don't know if it would be
20   drastic.  I think it -- you know, we took our
21   commitment really seriously, and if people aren't --
22   if landlords weren't following the rules, right,

Page 41

1    then we were going to do what needed to be done to
2    ensure compliance.

3        So drastic, I guess, is a -- an opinion,
4    right?  Some people might say it's drastic, and I
5    would say, hey, it's not drastic; this is the ways
6    -- this is the rules.  So yeah, I guess, it's hard
7    to say whether it would be drastic or not.

8    BY MR. GORDON:

9    Q   How significant an issue was it that
10   there was an allegation that Pangea was charging
11   more for assisted units for comparable
12   unassisted units in the same building?

13   A   I don't -- I don't know -- I would say
14   we were concerned.  I don't know that I could rate
15   the significance, but I would say that we were
16   concerned about it.

17   Q   If you confirmed that that was
18   happening, what would CHA have done?

19       MR. FITZSIMMONS:  Objection.  Calls for a
20   hypothetical.

21       THE WITNESS:  I don't know.  Again, I
22   haven't been there in a while.  I don't remember all

11 (Pages 38 - 41)

Page 42

1  of the different processes that we had in place for
2  how to proceed in these kinds of cases. So I'm not
3  exactly sure what the steps would have been. So...
4  BY MR. GORDON:
5      Q   In general what do you think the steps
6  would have been?
7          MR. FITZSIMMONS: Same objection.
8          THE WITNESS: I think we would have moved
9  to bring the landlord into compliance or -- and that
10 may include asking them to -- you know, having them
11 no longer participate in the program.
12 BY MR. GORDON:
13     Q   Why would ending their participation in
14 the program be called for? Or are you suggesting
15 that it would be a step if the landlord wouldn't
16 come into compliance?
17     A   Correct. So I interpreted your question
18 to mean if we determined that a landlord was not
19 in compliance what would the CHA have done.
20     Q   Yes.
21     A   So again, this is why this gets
22 difficult, right, because there's lots of what

Page 43

1  ifs. But generally speaking, we would require
2  them to get into compliance or ask them -- you
3  know, require that they no longer participate in
4  the program. Those would be sort of two choices.
5      Q   Do you recall this issue coming up
6  during your tenure with any landlord other than
7  Pangea?
8          MR. FITZSIMMONS: Objection.
9          MR. KUMAR: Objection to form.
10         THE WITNESS: I don't off the top of my
11 head. Again, this was a long time ago.
12 BY MR. GORDON:
13     Q   During your tenure with CHA do you
14 recall making decisions to exclude any landlords
15 from the voucher program based on noncompliance
16 with requirements?
17     A   I have vague recollection of taking
18 action against some landlords. How far it went in
19 terms of whether or not they were cut out of the
20 program, I can't recall. But I do know we, you
21 know, took action against -- you know,
22 compliance-related action against landlords.

Page 44

1      Q   And what was the nature of the
2  noncompliance?
3      A   I don't remember the specific cases. I
4  don't remember the ins and outs and the specifics
5  of them. I just have, again, general recollection
6  of us taking action against landlords.
7      Q   Now, directing your attention back to
8  Exhibit 61, after Ms. Burns sent you the email
9  we've just discussed, you responded to her that
10 you were fine with her sending the email to
11 Pangea?
12     A   Yes.
13     Q   And you added that -- you made a
14 suggestion for adding to it, right?
15     A   Correct.
16     Q   What was that suggestion?
17     A   I wrote that she should ask for the data
18 to be in either an .xlsx or .csv format because
19 Pangea kept sending us PDFs which were not easy to
20 analyze.
21     Q   Do you recall what the result was after
22 Ms. Burns sent this email?

Page 45

1      A   I don't.
2      Q   Do you recall ever following up with her
3  about what rent roll data Pangea produced?
4      A   I don't remember having follow-up
5  conversations. I don't remember.
6      Q   During this back and forth between CHA
7  and Pangea about obtaining the rent roll
8  information, who was the principal point of
9  contact at Pangea?
10     A   I don't know. Cheryl was our main
11 point. So I don't know who the main point at
12 Pangea was.
13     Q   Did you ever discuss this issue directly
14 with anyone at Pangea?
15     A   Not that I remember.
16     Q   Did you ever discuss this issue, the
17 back and forth, about the rent rolls with any of
18 your superiors at CHA?
19     A   Not that I recall.
20     Q   Do you recall ever discussing Pangea
21 with any of your superiors at CHA?
22     A   Not off -- not that I remember, no.

12 (Pages 42 - 45)

Page 46

1    Q   Ms. Ludwig, I'm going to show you what
2  is Plaintiff's Exhibit 26 and direct your
3  attention to the email at the top of the first
4  page of that exhibit from Ms. Burns to you dated
5  November 2nd, 2015.
6    A   Yup.
7    Q   And in that email Ms. Burns advises you:
8  Katie, per our discussion this was the last report
9  Russell provided to me.
10       Who is Russell?
11   A   Russell was another employee at CHA who
12 worked with Cheryl and I in the HCV program.
13   Q   What did he do?
14   A   I don't remember Russell's exact title,
15 but I sort of always thought of him as our
16 SharePoint administrator.  So SharePoint is a --
17 it's a Microsoft product that, you know, helps out
18 with file sharing.  That's about all my limited
19 knowledge is.  We made great use of that at HCV --
20 in the HCV program.  As you can imagine there was
21 a lot of paper always going back and forth.  And
22 we tried to have as much of our records stored

Page 47

1  electronically as possible, so we needed a way to
2  share that.  So hence we used SharePoint, and
3  Russell was our sort of, again, administrator of
4  that SharePoint site.
5    Q   So would it be fair to say that he would
6  extract data for you from SharePoint?
7    A   He never extracted data for me
8  personally from SharePoint, so I can't comment on
9  that.
10   Q   Well, what did you understand that he
11 did as the administrator of the SharePoint system?
12   A   He was sort of making sure that data was
13 organized well -- again, not my area of expertise,
14 right, administering the SharePoint site.  So I'm
15 not exactly sure what he did on a day-to-day
16 basis, but making sure that information was
17 organized and that everyone who needed to could
18 access it.
19   Q   Why would he have been looking at data
20 provided by Pangea?
21       MR. FITZSIMMONS:  Objection to form and
22 foundation.  You may answer.

Page 48

1        THE WITNESS:  I'm not sure.  Again, Share
2  wasn't my main point of contact, so I don't know.
3  BY MR. GORDON:
4    Q   This email references a discussion
5  between you and Ms. Burns regarding Pangea,
6  correct?
7    A   Yes.
8    Q   And in the time frame of November 2015?
9    A   Correct.
10   Q   Do you recall having a discussion with
11 Ms. Burns about how the investigation or reviewer
12 had progressed?
13   A   I don't remember having a specific
14 conversation.
15   Q   All right.  Aside from a specific
16 conversation, what is your general recollection?
17   A   I don't remember, I should say, having
18 any conversation.  I don't remember.
19   Q   You don't have any recollection of
20 finding out from Ms. Burns how the back and forth
21 with Pangea had concluded?
22   A   I don't remember.

Page 49

1    Q   Do you recall ever being asked by
2  Ms. Burns whether the review should continue
3  further or be ended?
4    A   No, I don't remember.
5    Q   Do you recall that CHA had an
6  administrative plan for the housing choice voucher
7  program?
8    A   Yes.
9    Q   And is the administrative plan a program
10 requirement?
11       MR. KUMAR:  Objection to form.  You may
12 answer.
13       THE WITNESS:  It is -- yes.  HUD -- I'm
14 interpreting that to mean is it required by HUD.
15 And I would say, yes, it is required that a housing
16 authority have an administrative plan that outlines
17 a policy's rules, et cetera, for the program.
18 BY MR. GORDON:
19   Q   Did CHA prepare such a program annually?
20   A   Plan.  Yes.  We have our administrative
21 plan.  I don't know that we prepared it annually,
22 like we reviewed it, and if we were going to make

13 (Pages 46 - 49)

Page 50

1 changes, we would bring those. There was a whole
2 process for how you were going to do changes to
3 the plan. So we reviewed it. I don't know that
4 we made -- maybe we did -- I don't know if we made
5 changes every year or not, though.
6    Q    Who was responsible for reviewing the
7 administrative plan and updating it?
8    A    I don't remember like specifically who's
9 responsibility that was. There were let's of
10 people who would provide suggestions about things
11 that we might need to update in the plan. But I
12 don't recall like who the one specific person, you
13 know, that was responsible for making those -- all
14 those changes.
15    Q    What was your role with respect to the
16 administrative plan?
17    A    I would say kind of high level reviewing
18 changes -- you know, suggesting changes and then
19 shepherding -- again, there was a whole process
20 for how that had to get approved, those changes
21 had to get approved. And so sort of shepherding
22 it through the process was my role.

Page 51

1    Q    And what was the process for approving
2 any changes to the plan after you had reviewed it?
3    A    I don't remember all the individual
4 steps. I believe we had to get public comment and
5 board approval. There may have been more
6 involved. But those are the two sort of things
7 that I remember.
8    Q    Do you recall ever going through that
9 process while you were at CHA?
10    A    Making changes to the administrative
11 plan? Yes.
12    Q    And do you recall doing it on more than
13 one occasion?
14    A    All a bit of a blur. I don't remember.
15 No. I mean, probably -- I can't say. I remember
16 going through it. I don't know how many times I
17 would have gone through it.
18         MR. GORDON: Is this a convenient time for
19 a five-minute break.
20         (Whereupon, a brief recess was taken.)
21 BY MR. GORDON:
22    Q    Ms. Ludwig, let me show you Plaintiff's

Page 52

1 Exhibit 55. Ms. Ludwig, do you recognize this
2 exhibit?
3    A    Yes.
4    Q    What is it?
5    A    It is a -- it looks like an excerpt from
6 the CHA's administrative plan.
7    Q    For the --
8    A    Housing choice voucher program.
9    Q    And this is the 2015 plan?
10    A    Yes.
11    Q    And you say it looks like an excerpt.
12 Is this the entire plan?
13    A    I remember the entire plan being much
14 longer than this, but I don't know.
15    Q    Okay.
16    A    I haven't looked through the whole
17 thing.
18    Q    All right. Now let me direct your
19 attention, if I may, to page 14-4?
20    A    14-4, yes.
21    Q    And take a minute and read through that,
22 if you would. Have you had a chance to review it?

Page 53

1    A    One second. I just want to read the
2 last section.
3    Q    Sure.
4    A    Okay. Yup.
5    Q    Now, page 14-4 deals with the
6 investigating errors and program abuse, correct?
7    A    Correct.
8    Q    Would it be fair to say that the -- what
9 CHA did in 2015 with Pangea was to investigate
10 whether there was -- had been any program abuse?
11    A    I would have thought of it as a review
12 more than an investigation.
13    Q    Why is that?
14    A    Because we just wanted to understand
15 all -- you know, review all the information before
16 us to kind of understand better what direction we
17 were going to head in.
18    Q    If in fact Pangea was charging more for
19 assisted units than for comparable unassisted
20 units in the same building, would that in your
21 mind constitute program abuse?
22    A    Yes.

14 (Pages 50 - 53)

1    Q    And if the -- did you understand that
2  there was a specific complaint that had been
3  received by CHA alleging that Pangea had done
4  this?
5        MR. KUMAR:  Objection to form.
6        THE WITNESS:  I didn't know of a specific
7  complaint when Cheryl and I talked about it.  I knew
8  there were complaints or -- you know, a complaint or
9  complaints.  I didn't know -- or at least I don't
10  remember the specific nature of any of those
11  complaints.  It was more that, hey, we've got this
12  concern.
13  BY MR. GORDON:
14    Q    And did you discuss with Ms. Burns
15  whether that concern was well founded enough to
16  make a demand for information from Pangea?
17    A    I don't remember.
18    Q    What would you consider an investigation
19  as opposed to a review?
20    A    I don't remember.  I feel like there
21  were probably -- at the time we had sort of
22  different ways we -- what's the word I'm looking

1  for -- categorized things.  I don't remember those
2  off the top of my head.  Again, right now, I kind
3  of remember this and think of it as a review; but
4  I don't -- I don't know what the specific --
5  that's just what I'm remembering.  I don't
6  remember sort of what made one a review versus an
7  investigation.
8    Q    Do you think that the review, as you
9  recall it, that was conducted by CHA of Pangea
10  falls under the section of the administrative
11  plan?
12    A    I've been away from this for a while
13  that I don't want to comment on this.  So yeah, I
14  don't know.
15    Q    Now, the administrative plan provides,
16  does it not, that for each investigation the CHA
17  will determine whether an error or program abuse
18  has occurred; is that right?
19    A    That is what the administrative plan
20  says.
21    Q    To your knowledge did CHA ever determine
22  whether an error of program abuse had occurred

1  with respect to Pangea allegedly charging more for
2  assisted units than for comparable unassisted
3  units?
4    A    I don't know either way.
5    Q    Under this policy, if an investigation
6  had occurred, would you expect CHA to have
7  prepared a written report of its conclusions?
8    A    I don't know.  I don't know if -- again,
9  without reviewing the rest of the administrative
10  plan and understanding all that, I don't know if a
11  written report would have been created.
12    Q    Do you recall during your tenure at CHA
13  a written report ever being prepared regarding an
14  investigation of a landlord?
15        MR. KUMAR:  Objection.  Foundation.  You
16  may go ahead.
17        THE WITNESS:  Can you repeat it?
18  BY MR. GORDON:
19    Q    Sure.  During your tenure with CHA do
20  you recall a written report being prepared
21  regarding an investigation of a landlord?
22    A    I don't remember.

1    Q    Directing your attention to the last
2  part of that page dealing with consideration of
3  remedies, it provides that in the case of
4  owner-caused errors or program abuse, the CHA will
5  take into consideration, one, the seriousness of
6  the offense; two, the length of time since the
7  violation has occurred; and three the effects of a
8  particular remedy on the family living in the
9  unit.
10        Do you see that?
11    A    Yes.
12    Q    Do you recall ever being involved in
13  considering what remedy should be applied to a
14  landlord in a particular case?
15    A    No.  Not off the top of my head, no.  I
16  don't recall.
17    Q    Do you recall that -- these issues ever
18  being discussed with respect to Pangea?
19    A    No.
20        MR. GORDON:  I have no further questions.
21        MR. KUMAR:  Counsel?
22        MR. FITZSIMMONS:  Let me make one phone

15 (Pages 54 - 57)

Page 58

1 call. But I don't think I'm going to have any.
2 Maybe one or two.
3     (Brief pause.)
4     MR. FITZSIMMONS: I have no questions.
5     MR. KUMAR: We will reserve signature.
6     (Whereupon, at 11:38 a.m., the
7 deposition of KATHRYN LUDWIG was
8 concluded.)
9            * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 59

1     CERTIFICATE OF NOTARY PUBLIC
2     I, CONSTANCE HUNT RHODES, the officer
3 before whom the foregoing deposition was taken, do
4 hereby certify that the witness whose testimony
5 appears in the foregoing deposition was duly sworn
6 by me; that the testimony of said witness was
7 taken by me in stenotypy and thereafter reduced to
8 typewriting under my direction; that said
9 deposition is a true record of the testimony given
10 by said witness; that I am neither counsel for,
11 related to, nor employed by any of the parties to
12 the action in which this deposition was taken; and
13 further, that I am not a relative or employee of
14 any attorney or counsel employed by the parties
15 thereto, nor financially or otherwise interested
16 in the outcome of the action.
17
18     *Constance Hunt Rhodes*
        CONSTANCE HUNT RHODES
19     Notary Public in and for the
        District of Columbia
20
     My commission expires:
21 January 14, 2023
22

Page 60

1            Veritext Legal Solutions
             1100 Superior Ave
2             Suite 1820
             Cleveland, Ohio 44114
3             Phone: 216-523-1313
4 December 22, 2022
5 To: Sunil Kumar, Esq.
6 Case Name: Muhawi, Antoni v. Pangea Equity Partners, et al.
7 Veritext Reference Number: 5603938
8 Witness: Kathryn Ludwig     Deposition Date: 12/6/2022
9 Dear Sir/Madam:
10 Enclosed please find a deposition transcript. Please have the witness
11 review the transcript and note any changes or corrections on the
12 included errata sheet, indicating the page, line number, change, and
13 the reason for the change. Have the witness' signature notarized and
14 forward the completed page(s) back to us at the Production address
     shown
15
     above, or email to production-midwest@veritext.com.
16
     If the errata is not returned within thirty days of your receipt of
17
     this letter, the reading and signing will be deemed waived.
18
     Sincerely,
19
20 Production Department
21
22 NO NOTARY REQUIRED IN CA

Page 61

1     DEPOSITION REVIEW
      CERTIFICATION OF WITNESS
2
     ASSIGNMENT REFERENCE NO: 5603938
3     CASE NAME: Muhawi, Antoni v. Pangea Equity Partners, et al.
      DATE OF DEPOSITION: 12/6/2022
4     WITNESS' NAME: Kathryn Ludwig
5     In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
6 my testimony or it has been read to me.
     I have made no changes to the testimony
   as transcribed by the court reporter.
8
                _____
9 Date           Kathryn Ludwig
10    Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11 the referenced witness did personally appear
     and acknowledge that:
12
     They have read the transcript;
13    They signed the foregoing Sworn
        Statement; and
14    Their execution of this Statement is of
        their free act and deed.
15
     I have affixed my name and official seal
16
     this _____ day of_____, 20_____.
17    _____
18    Notary Public
19    _____
     Commission Expiration Date
20
21
22
23
24
25

16 (Pages 58 - 61)

Page 62

1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
      ASSIGNMENT REFERENCE NO: 5603938
3   CASE NAME: Muhawi, Antoni v. Pangea Equity Partners, et al.
      DATE OF DEPOSITION: 12/6/2022
4   WITNESS' NAME: Kathryn Ludwig
5    In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7    I have listed my changes on the attached
      Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9    I request that these changes be entered
      as part of the record of my testimony.
10
      I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
      that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____
    Date         Kathryn Ludwig
14
      Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
      the referenced witness did personally appear
16 and acknowledge that:
17    They have read the transcript;
      They have listed all of their corrections
18    in the appended Errata Sheet;
      They signed the foregoing Sworn
19    Statement; and
      Their execution of this Statement is of
20    their free act and deed.
21  I have affixed my name and official seal
22 this _____ day of_____, 20____.
23 _____
      Notary Public
24
25    Commission Expiration Date

Page 63

1        ERRATA SHEET
     VERITEXT LEGAL SOLUTIONS MIDWEST
2      ASSIGNMENT NO: 5603938
3  PAGE/LINE(S) /     CHANGE     /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
  _____   _____
20 Date         Kathryn Ludwig
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23 _____
      Notary Public
24
      _____
25    Commission Expiration Date

17 (Pages 62 - 63)

| & |
| --- |
| **&**　1:14 2:11 |

| 0 |
| --- |
| **02022**　1:5 |

| 1 |
| --- |
| **10**　33:10 |
| **100**　2:6 |
| **10:00**　1:13 |
| **11/2/15**　3:11 |
| **1100**　1:15 2:12 |
| 60:1 |
| **11:38**　58:6 |
| **12/6/2022**　60:8 |
| 61:3 62:3 |
| **12th**　2:16 |
| **13**　3:10 27:2 |
| 31:6 |
| **13573**　59:18 |
| **14**　59:21 |
| **14-4**　52:19,20 |
| 53:5 |
| **140**　2:5 |
| **14202**　2:6 |
| **15th**　39:2 |
| **178**　31:8 |
| **17th**　1:14 2:11 |
| **18**　1:5 |
| **1820**　60:2 |
| **1:46**　39:2 |
| **1taken**　26:5 |

| 2 |
| --- |
| **20**　61:16 62:22 |
| 63:22 |
| **20006**　1:15 2:12 |
| **2001**　5:21 6:11 |

**2014**　8:14,15
**2015**　29:2 39:2
46:5 48:8 52:9
53:9
**2018**　8:19 18:18
**202**　2:13
**2022**　1:12 60:4
**2023**　59:21
**216-523-1313**
60:3
**22**　60:4
**26**　3:11 46:2
**2nd**　46:5

| 3 |
| --- |
| **35**　3:6,16 33:8 |
| **38**　3:7 |

| 4 |
| --- |
| **4**　3:3 |
| **4/16/15**　3:6,16 |
| **40,000**　16:6 |
| **44114**　60:2 |

| 5 |
| --- |
| **55**　3:12 52:1 |
| **5603938**　60:7 |
| 61:2 62:2 63:2 |
| **59**　35:16,19 |

| 6 |
| --- |
| **6**　1:12 |
| **6/15/15**　3:7 |
| **60**　3:6 35:7,10,17 |
| 35:19 36:3 |
| **60605**　2:17 |
| **61**　2:16 3:7 |
| 38:16,21 44:8 |

| 7 |
| --- |
| **7/23/15**　3:10 |
| **716**　2:7 |

| 8 |
| --- |
| **800**　1:14 2:11 |
| **848-1710**　2:7 |
| **8:31**　33:3 |
| **8:42**　33:18 |

| 9 |
| --- |
| **90**　39:1 |
| **955-3000**　2:13 |
| **99**　6:3 |

| a |
| --- |
| **a.m.**　1:13 33:3 |
| 58:6 |
| **able**　38:5 |
| **abuse**　53:6,10,21 |
| 55:17,22 57:4 |
| **acceptable**　5:13 |
| **access**　47:18 |
| **acknowledge** |
| 61:11 62:16 |
| **acronyms**　4:21 |
| **act**　19:4 61:14 |
| 62:20 |
| **action**　28:10 |
| 43:18,21,22 44:6 |
| 59:12,16 |
| **added**　44:13 |
| **adding**　44:14 |
| **addition**　20:14 |
| 23:4 |
| **additional**　32:4 |
| **address**　60:14 |
| **administering** |
| 47:14 |

**administration**
7:3,16
**administrative**
3:13 7:11 49:6,9
49:16,20 50:7,16
51:10 52:6
55:10,15,19 56:9
**administratively**
18:7
**administrator**
10:19 46:16
47:3,11
**advises**　46:7
**affixed**　61:15
62:21
**ago**　43:11
**agree**　5:2
**agreeable**　5:8
**agreed**　25:20
**ahead**　56:16
**al**　1:6 60:6 61:3
62:3
**albeit**　24:20
**allegation**　41:10
**allegedly**　56:1
**alleging**　54:3
**allowing**　37:16
37:16
**alvarez**　11:18
**amount**　30:7
31:4
**analysis**　37:17
**analyze**　30:10
44:20
**annoying**　34:3
**annually**　49:19
49:21

**answer** 10:22
26:7 40:18
47:22 49:12
**answering** 18:8
**antoni** 1:3 60:6
61:3 62:3
**anybody** 38:3
**appear** 61:11
62:15
**appears** 27:6
31:9 59:5
**appended** 62:11
62:18
**applied** 57:13
**apply** 8:3 14:10
**appointed** 15:11
**appreciating**
25:3
**apprised** 29:14
**approval** 51:5
**approved** 50:20
50:21
**approving** 51:1
**approximately**
8:13 15:20,21
16:13 25:4
**april** 29:2
**area** 17:11,16
18:10 47:13
**areas** 18:3
**arrived** 33:1
**arts** 6:1
**aside** 48:15
**asked** 20:8 25:22
49:1
**asking** 42:10
**assignment** 61:2
62:2 63:2

**assistance** 32:19
**assistant** 17:8
18:4
**assisted** 24:16
41:11 53:19
56:2
**attached** 3:22
62:7
**attend** 15:9,9,11
22:21
**attended** 23:2
**attention** 24:22
25:1,5,10 27:3
31:4 33:9 35:1,3
35:8 38:22 44:7
46:3 52:19 57:1
**attorney** 20:3
59:14
**attorneys** 20:5
**authority** 2:16
3:12 5:3 6:16,19
49:16
**authorize** 62:11
**available** 26:4
**ave** 60:1
**avoid** 4:18
**aware** 24:18
28:19

**b**

**ba** 6:1
**bachelor's** 6:1
**back** 8:2 14:12
19:13 30:7,11,17
30:21 32:7,10
37:9 44:7 45:6
45:17 46:21
48:20 60:14

**ballpark** 15:21
16:16
**based** 43:15
**basically** 33:20
39:21
**basis** 47:16
**behalf** 2:3,9
**believe** 22:21
23:2 26:8 27:20
32:13,16 35:4
40:4 51:4
**benefit** 29:22
34:15
**better** 14:2
53:16
**beyond** 5:16
**big** 13:9,13
**biggest** 13:16
14:14 16:19
**bit** 15:5 51:14
**blur** 51:14
**board** 51:5
**bottom** 27:4
31:8,10 38:22
**break** 51:19
**brenda** 27:13
**brief** 13:6 51:20
58:3
**bring** 42:9 50:1
**bringing** 25:10
**brings** 19:3
**broader** 10:15
10:16
**brought** 24:22
25:1,5
**budget** 6:9
**buffalo** 2:6

**building** 25:16
41:12 53:20
**buren** 2:16
**burns** 3:6,7,11
17:7,11 25:9
29:6,10,13,17
34:8,10 35:14
36:5,18 37:3,22
39:1,7,13 40:4
44:8,22 46:4,7
48:5,11,20 49:2
54:14

**c**

**c** 2:1 3:1 4:1
**ca** 60:22
**call** 58:1
**called** 4:4 26:14
42:14
**calls** 18:8 41:19
**capacities** 6:13
**career** 7:20
**case** 1:4 5:11
20:6 25:13 57:3
57:14 60:6 61:3
62:3
**cases** 24:13 42:2
44:3
**categorized** 55:1
**category** 21:19
**caused** 57:4
**ceo** 9:6,8 10:8
**certainty** 22:4
23:15
**certificate** 59:1
62:11
**certification**
61:1 62:1

certify 59:4
cetera 49:17
cha 3:11,17 5:2
  6:19 7:17 8:5,8
  8:13,17,18,20
  9:1,14,18 12:12
  13:9,14 16:5
  17:3 18:18
  19:13,19,20 20:5
  20:22 22:14
  23:5,21,22 25:20
  26:9,11 30:8,10
  31:8 32:4,13,16
  32:20 33:10
  37:9 38:5,9 39:1
  39:22 40:8,12
  41:18 42:19
  43:13 45:6,18,21
  46:11 49:5,19
  51:9 53:9 54:3
  55:9,16,21 56:6
  56:12,19 57:4
cha's 52:6
cha179 27:5
chain 27:3
chance 27:8
  31:11 39:9
  52:22
change 9:2,4
  18:19,22 60:12
  60:13 62:8 63:3
changed 8:7
changes 50:1,2,5
  50:14,18,18,20
  51:2,10 60:11
  61:7 62:7,9
changing 18:15

charge 7:14
  11:20 23:13
charging 24:15
  25:14 41:10
  53:18 56:1
cheryl 3:6,7,11
  17:6 20:8 25:2
  25:11,22 27:13
  27:15 28:5,9,13
  28:14 31:1
  45:10 46:12
  54:7
chicago 2:16,17
  3:12 5:3,20 6:9
  6:12,14,16,18,21
  7:20
chicago's 6:9
chief 9:7,11,11
  9:12,17,18 10:3
  10:8,13 11:7,8
  11:11,18,19
choice 3:13 5:6
  8:11 9:11,12,15
  9:18 10:13,15,17
  10:20 11:2
  12:14 49:6 52:8
choices 43:4
city 6:9,12 7:19
  7:20 21:11
civil 61:5 62:5
claims 19:4,9
clean 4:20
clearly 39:11
cleveland 60:2
closed 15:8
columbia 59:19
come 12:8 29:5
  42:16

comfortable
  22:1
coming 15:18
  24:19 43:5
comment 37:6
  47:8 51:4 55:13
commission
  59:20 61:19
  62:25 63:25
commissioner
  7:2,7,8,9
commissioners
  7:4
commitment
  40:21
common 21:9,12
  26:17
communicating
  12:22
comparable 22:6
  41:11 53:19
  56:2
comparisons
  37:17
complaint 19:16
  24:14 54:2,7,8
complaints 54:8
  54:9,11
completed 60:14
compliance 41:2
  42:9,16,19 43:2
  43:22
concern 25:12
  54:12,15
concerned 41:14
  41:16
concerns 18:1

concluded 48:21
  58:8
conclusions 56:7
conducted 55:9
confirmed 41:17
connected 5:11
connection
  24:20
consider 54:18
consideration
  57:2,5
considering
  18:14 57:13
constance 1:18
  59:2,18
constitute 53:21
consulted 11:19
consulting 12:3
contact 20:5
  45:9 48:2
contacts 20:4
contained 39:21
continue 49:2
contract 32:19
  34:5 36:12 37:5
convenient
  51:18
conversation
  48:14,16,18
conversations
  23:6 45:5
coordinating
  12:18
coordination
  12:16
copied 19:13
  27:14,15 30:22

**copies** 19:14
**corner** 27:5
**correct** 9:20
  10:9 20:20
  28:10,18 29:8
  34:6,9,13 39:15
  39:16 42:17
  44:15 48:6,9
  53:6,7
**corrections**
  60:11 62:17
**correspondence**
  3:10,16 18:8
  20:1
**council** 14:4,11
  14:17
**counsel** 2:15 3:3
  4:6 5:10 57:21
  59:10,14
**county** 61:10
  62:15
**couple** 8:7 20:18
  30:14
**course** 22:13
  28:10 38:10
**court** 1:1 61:7
**created** 56:11
**csv** 44:18
**cut** 39:22 43:19
**cv** 1:5
**cvp** 3:11,17

**d**

**d** 2:10 4:1
**data** 44:17 45:3
  47:6,7,12,19
**date** 1:12 60:8
  61:3,9,19 62:3

62:13,25 63:20
  63:25
**dated** 39:2 46:4
**david** 23:9 27:14
**day** 20:18 21:4
  27:21 32:22
  33:17 36:4
  47:15,15 61:16
  62:22 63:22
**days** 60:16
**dc** 1:15 2:12
**deal** 23:16 24:2
**dealing** 12:11
  20:21 21:2,3
  24:9 57:2
**dealings** 22:9,12
  23:22
**deals** 53:5
**dealt** 23:8
**dear** 60:9
**december** 1:12
  60:4
**decide** 28:10
**decided** 8:1,3
  19:1 37:7
**decision** 11:3,4
  12:17
**decisions** 11:5
  43:14
**deed** 61:14 62:20
**deemed** 60:17
**defendant** 4:6
**defendants** 1:7
  2:9 3:3,5,15
  5:10 33:8 35:7
  35:10 38:16,20
**degree** 5:19,22
  6:6

**demand** 54:16
**department** 6:13
  60:20
**depaul** 6:2
**deposition** 1:10
  3:5 4:12,22 13:5
  20:16 58:7 59:3
  59:5,9,12 60:8
  60:10 61:1,3
  62:1,3
**deputy** 2:15 7:2
  7:4,7,9 8:10 9:9
  9:17,21 11:7
**description**
  17:14
**detail** 19:17
  20:11
**determine** 55:17
  55:21
**determined**
  42:18
**different** 11:15
  12:5,6,6,7 15:5
  15:17 18:22
  29:5 32:5 35:5
  42:1 54:22
**difficult** 37:13
  42:22
**direct** 17:2 27:3
  33:9 34:22 35:2
  35:7 38:21 46:2
  52:18
**directing** 44:7
  57:1
**direction** 53:16
  59:8
**directly** 9:8 17:8
  45:13

**discuss** 24:6
  45:13,16 54:14
**discussed** 28:9
  29:6 44:9 57:18
**discussing** 37:21
  38:2 45:20
**discussion** 28:4
  28:7 46:8 48:4
  48:10
**district** 1:1,1
  59:19
**doing** 13:18 29:7
  29:7 40:12
  51:12
**donna** 17:7 18:6
**double** 6:2
**dozen** 14:6
**drastic** 40:15,20
  41:3,4,5,7
**duly** 4:4 59:5

**e**

**e** 2:1,1 3:1 4:1,1
**earlier** 20:7 23:1
**early** 8:15
**easily** 37:15
**east** 2:16
**easy** 30:9 37:13
  37:20 44:19
**education** 5:18
**effect** 8:10 10:3
**effects** 57:7
**either** 29:16
  44:18 56:4
**electronically**
  47:1
**ellen** 10:1,4

**[email - found]**                                      Page 5

email  3:6,7,10
    3:11,16 19:22
    27:3,6,10,13,15
    31:9,13,18,19
    32:22 33:11,14
    34:7,12,15 35:1
    35:8,14 36:2,3
    38:22 39:1,6,13
    39:14,20 44:8,10
    44:22 46:3,7
    48:4 60:15
emails  19:12
    22:15 25:7
    29:22 30:1,22
employed  59:11
    59:14
employee  46:11
    59:13
employment  6:5
enclosed  60:10
ended  49:3
engagement
    12:21 18:1
english  6:2
enjoyed  7:21
    18:20
ensure  41:2
entered  62:9
enters  32:20
entire  9:14 10:19
    52:12,13 61:5
    62:5
entities  5:11
equity  1:6 60:6
    61:3 62:3
errata  60:12,16
    62:7,10,18 63:1

error  55:17,22
errors  53:6 57:4
esq  2:20 60:5
esquire  2:4,4,10
    2:10,15
et  1:6 49:17 60:6
    61:3 62:3
evans  2:20
evening  15:16
events  15:7,15
eventually  6:15
exact  8:9 16:11
    46:14
exactly  6:17 8:11
    9:6 10:2 14:5
    16:7 17:14 42:3
    47:15
examination  3:2
    4:6
examined  4:5
example  12:19
    13:2
examples  12:9
excerpt  52:5,11
exchanged  22:15
exclamation
    36:14
exclude  43:14
excuse  9:12
executed  62:10
execution  61:14
    62:19
executive  11:6
    11:11,12 12:1
exhibit  3:6,7,10
    3:11,12,16 27:2
    31:6,6 33:7,8,10
    35:2,7,9,10,16

35:17 36:3
    38:16,21 44:8
    46:2,4 52:1,2
exhibits  3:5,9,15
    3:22 19:14
expect  56:6
expecting  35:21
expertise  47:13
expiration  61:19
    62:25 63:25
expires  59:20
explaining  32:3
explore  19:1
extract  47:6
extracted  47:7

**f**

fact  53:18
facts  25:22
fair  7:10 9:13
    10:18 21:14,21
    47:5 53:8
fairly  23:2 40:15
falls  55:10
false  19:4
familiar  5:1
family  57:8
far  21:22 43:18
feedback  14:8
    15:17 25:17
feel  22:1 54:20
field  17:8 18:10
figure  16:16
    37:4
figures  15:21
file  46:18
finance  7:3,15
    7:16

financially  59:15
find  60:10
finding  48:20
fine  44:10
first  4:4 7:7 9:17
    12:12 19:5
    20:21 22:8
    33:10 35:1 36:9
    38:22 39:1 46:3
fitzsimmons  2:4
    4:17 13:3 35:15
    35:20 41:19
    42:7 43:8 47:21
    57:22 58:4
five  51:19
floor  2:16
flusky  2:4
focused  11:1
folks  11:8,10,20
follow  45:4
following  18:1
    40:22 45:2
follows  4:5
foregoing  59:3,5
    61:13 62:18
form  10:21 26:6
    38:6 40:17 43:9
    47:21 49:11
    54:5
format  30:9
    37:11,13 44:18
forth  15:19 30:7
    30:12,17,21 37:9
    45:6,17 46:21
    48:20
forward  60:14
found  36:11 38:6

**foundation** 26:6
47:22 56:15
**founded** 54:15
**four** 6:12,18
8:21,21 18:20
**frame** 25:8 48:8
**free** 61:14 62:20
**frequently** 24:7
**front** 31:6
**further** 49:3
57:20 59:13
**fy2015** 3:12

**g**

**g** 4:1
**general** 2:15
23:22 24:3 42:5
44:5 48:16
**generally** 8:1
29:21 30:3,6
43:1
**getting** 6:5 14:5
29:7 38:10
39:12
**give** 12:9 16:2,16
20:10 25:8
**given** 59:9
**giving** 29:21
**glanced** 19:17
**go** 4:11,15 5:2
18:22 20:19
25:22 29:22
56:16
**going** 5:5 12:10
12:13,21 14:8,12
20:12 29:20
33:7 35:5 38:19
38:21 41:1 46:1

46:21 49:22
50:2 51:8,16
53:17 58:1
**gordon** 2:10 4:7
13:7 26:13
35:12,18 36:1
38:18 41:8 42:4
42:12 43:12
48:3 49:18
51:18,21 54:13
56:18 57:20
**graduated** 5:21
6:3,7
**great** 46:19
**grill** 2:10
**group** 5:11 14:3
14:6,10,18 15:3
15:5,6,8,10,11
15:12
**guess** 14:1 17:6
19:8 20:17 21:1
41:3,6

**h**

**h** 1:18
**half** 6:18 8:21
18:20
**hand** 27:4
**hap** 34:5 36:12
37:4
**happening** 29:14
41:18
**happens** 4:19
**hard** 41:6
**harris** 6:8
**hcv** 3:12 5:7
11:9 25:14,15
26:11 46:12,19

46:20
**head** 14:15
21:20 43:11
53:17 55:2
57:15
**heard** 8:2
**held** 7:10 15:6
15:13,14
**help** 25:7
**helped** 18:6,12
18:12,13
**helping** 18:7
**helps** 46:17
**hey** 20:11 41:5
54:11
**high** 19:8 50:17
**higher** 11:6
24:15 25:14
**history** 6:5
**hklaw.com** 2:13
**hodgson** 2:5
**hodgsonruss.c...**
2:7
**holder** 14:17
**holders** 13:20
14:3,7 15:22
26:11
**holding** 14:4
**holland** 1:14
2:11
**honestly** 15:7
**hours** 20:18
**households** 16:7
**housing** 2:16
3:12,13 5:3,6
6:14,16,18 7:19
7:21,22 8:10
9:11,12,15,18

10:3,13,15,17,20
11:1,20,21 12:14
12:15 18:21
32:19 49:6,15
52:8
**hud** 49:13,14
**huge** 31:4
**huh** 33:2,4
**humphrey** 17:7
17:21
**hunt** 59:2,18
**hypothetical**
41:20

**i**

**idea** 16:2
**identification**
35:7,11 38:17,20
**identifying** 27:5
**ifs** 43:1
**illinois** 1:1 2:17
**imagine** 46:20
**important** 4:16
**inaccurate** 35:4
**incident** 34:14
**include** 42:10
**included** 60:12
**incorporated**
62:12
**increased** 16:1,3
**increasing** 13:19
**indicating** 60:12
**individual** 51:3
**individuals** 23:8
**industry** 26:17
**information**
26:4,9,11,14,15
26:21 27:16

28:20 29:7,18
30:5,8 32:4,6,8
32:14 37:11,15
38:6,11 40:1,2
45:8 47:16
53:15 54:16
**initially** 10:1
**initiative** 13:21
**ins** 44:4
**insofar** 32:11
**inspector** 23:22
24:3
**interact** 23:3
**interested** 59:15
**interpreted**
42:17
**interpreting**
31:21 49:14
**interrupt** 13:4
**investigate** 53:9
**investigating**
53:6
**investigation**
48:11 53:12
54:18 55:7,16
56:5,14,21
**involved** 27:17
30:21 38:14
51:6 57:12
**involvement**
31:2
**involves** 19:3
**issue** 24:19,21
28:9 30:3 41:9
43:5 45:13,16
**issues** 7:19,21
12:3,6,7,20
15:17 24:6,9

57:17
**issuing** 13:17

**j**

**jaffe** 23:9
**jaffe's** 23:11
**jaffee** 27:14
32:22 33:21
**jaffee's** 34:11
**january** 59:21
**jean** 9:8
**jimenez** 27:14
**job** 17:14
**joined** 8:13
**jones** 9:8
**jose** 11:18
**june** 39:2

**k**

**karen** 17:7,22
**kathryn** 1:10 3:6
3:7,11 4:3,10
58:7 60:8 61:4,9
62:4,13 63:20
**katie** 4:11 46:8
**keep** 29:13
**kept** 44:19
**kind** 13:18 14:13
18:9 19:17
20:11 50:17
53:16 55:2
**kinds** 12:6 13:1
42:2
**knew** 21:4,7,22
54:7
**knight** 1:14 2:11
**know** 8:2,7
11:12,16 12:5,10
12:11 13:22

14:6,12 17:4,5
17:13,17 18:14
18:15,16 19:15
19:16 21:11
22:4 23:13 24:4
24:4,6,7 25:12
25:16,16,19,20
27:22 28:2 29:3
29:3 34:3,17
37:6,7 39:18,18
39:19 40:19,20
41:13,14,21
42:10 43:3,20,21
43:21 45:10,11
46:17 48:2
49:21 50:3,4,13
50:18 51:16
52:14 53:15
54:6,8,9 55:4,14
56:4,8,8,10
**knowledge** 19:6
21:10,12 46:19
55:21
**krusha** 2:20
**kumar** 2:15
10:21 20:4 26:6
40:17 43:9
49:11 54:5
56:15 57:21
58:5 60:5

**l**

**landlord** 15:5,7
15:9,12 16:12
21:4,7,10,12,22
22:5,22,22 32:20
40:10 42:9,15,18
43:6 56:14,21

57:14
**landlords** 14:22
15:3 16:13,20
18:2 20:22
21:15,17 23:17
40:22 43:14,18
43:22 44:6
**large** 21:10,15
21:17
**largest** 21:22
**lawsuit** 19:2,6
**lead** 26:1 31:1,3
**learning** 29:16
**lease** 13:19
23:14
**leaseholders**
26:12
**leave** 18:18
**led** 7:17
**left** 8:17,18 10:4
16:5 19:20
**legal** 1:21 4:10
11:19 60:1 63:1
**lend** 37:15
**length** 57:6
**letter** 60:17
**letting** 25:11
**level** 11:6,7,8
19:8 50:17
**library** 6:15,21
7:5,12,21
**limited** 14:13
31:2 46:18
**line** 60:12 62:7
63:3
**list** 12:11,13,14
13:10

**[listed - o]** Page 8

**listed** 34:4 62:7
  62:17
**listing** 62:7
**little** 8:20
**living** 57:8
**llp** 1:14
**location** 1:14
**long** 24:11 30:12
  43:11
**longer** 42:11
  43:3 52:14
**look** 25:7,21
  27:6 31:5,6,11
  32:21
**looked** 19:7,10
  19:12 31:7
  52:16
**looking** 15:20
  30:3 34:11
  47:19 54:22
**looks** 52:5,11
**lot** 11:15,19
  12:16 17:22
  46:21
**lots** 12:5,7 42:22
**ludwig** 1:10 3:6
  3:7,12 4:8,10
  5:17 13:8 19:2
  33:8 35:13 36:2
  36:4 37:8 38:19
  46:1 51:22 52:1
  58:7 60:8 61:4,9
  62:4,13 63:20
**ludwigh** 4:3

**m**

**ma'am** 19:5,11
  32:1

**madam** 60:9
**main** 17:6 18:2
  45:10,11 48:2
**majored** 6:2
**maker** 11:3,4
  12:17
**making** 38:14
  40:9 43:14
  47:12,16 50:13
  51:10
**mark** 27:5
**marked** 3:5,9,15
  31:8 33:10 35:6
  35:11 38:17,20
  39:1
**market** 25:14
  32:11
**marking** 35:17
**master's** 5:19
  6:5
**materials** 19:7
  19:10,19 20:9,14
**matter** 25:21
  27:2 37:2
**matters** 11:9
  18:14,17
**mean** 11:14 12:5
  12:7 21:1 22:10
  26:9 30:10
  39:11 42:18
  49:14 51:15
**meet** 15:16 24:5
  24:7
**meeting** 26:19
  27:17,20 28:3,6
  28:14 36:19
**meetings** 22:16
  22:18 23:4

**members** 11:22
  12:1
**memories** 24:12
**mentioned** 14:16
  16:1 20:15
**met** 14:7 15:4
  20:17
**michael** 2:10
**microsoft** 46:17
**middle** 33:11
  35:8 36:3
**midwest** 60:15
  63:1
**mike** 35:19
**mind** 53:21
**minute** 51:19
  52:21
**minutes** 33:20
  36:8
**missed** 7:22
**months** 30:15
**motivation**
  39:19
**mouth** 37:12
**move** 7:17 8:3
**moved** 6:15 42:8
**muhawi** 1:3 19:4
  60:6 61:3 62:3
**multi** 27:2

**n**

**n** 2:1 3:1,1 4:1
**name** 4:9,10
  14:5 60:6 61:3,4
  61:15 62:3,4,21
**names** 12:2
  23:10

**nature** 44:1
  54:10
**near** 28:1
**need** 33:5 50:11
**needed** 41:1 47:1
  47:17
**neither** 59:10
**networking** 15:7
  15:15 23:1
**never** 47:7
**new** 2:6 15:18
  39:22
**non** 25:15 26:11
**noncompliance**
  43:15 44:2
**nonsubsidized**
  25:15
**northern** 1:1
**northwest** 2:11
**notarized** 60:13
**notary** 1:18 59:1
  59:19 60:22
  61:10,18 62:15
  62:23 63:23
**note** 60:11
**notebooks** 20:9
**notes** 20:9,12
**november** 46:5
  48:8
**number** 13:20
  16:11 35:10
  38:16 60:7,12
**numbers** 62:7
**nw** 1:14

**o**

**o** 3:1 4:1

objection 10:21
26:6 40:17
41:19 42:7 43:8
43:9 47:21
49:11 54:5
56:15
obtain 38:5
obtaining 45:7
obviously 31:18
occasion 51:13
occurred 27:20
55:18,22 56:6
57:7
october 8:19
offense 57:6
office 6:10 23:22
24:3
officer 9:11,12
10:4 11:11,19
59:2
offices 23:5
official 61:15
62:21
oh 11:14
ohio 60:2
oig 24:3,10,15,20
okay 5:22 6:20
9:13 10:7 17:1
23:7 28:3 29:20
30:2,20 31:17
36:7 39:4 40:5,7
40:15 52:15
53:4
ones 14:14 17:6
17:10
ooh 36:11
open 12:13 13:9
15:13

opening 12:12
openings 8:3
operation 11:21
17:16,19
opinion 41:3
opportunities
19:1
opposed 54:19
organization
14:21
organized 47:13
47:17
outcome 30:16
59:16
outlined 32:5
outlines 49:16
outreach 17:22
outs 44:4
owner 57:4

**p**

p 2:1,1 4:1
p.m. 39:2
page 3:2 27:2,4,7
31:7,10 33:10,11
35:2,22 39:1
46:4 52:19 53:5
57:2 60:12,14
62:7 63:3
pangea 1:6 2:20
3:7,11,17 5:12
5:13 19:4 20:22
21:7,19 22:9,13
22:19,21 23:2,8
23:12,16 24:15
25:13 26:10,20
27:16 28:14,17
28:21 29:18

30:8,9 32:2,7
36:22 37:10,10
37:15 38:6,10
39:15,21 40:1,10
41:10 43:7
44:11,19 45:3,7
45:9,12,14,20
47:20 48:5,21
53:9,18 54:3,16
55:9 56:1 57:18
60:6 61:3 62:3
pangea's 30:4
paper 46:21
part 57:2 62:9
participate
42:11 43:3
participation
42:13
particular 18:5
32:10 57:8,14
parties 59:11,14
partners 1:6
60:6 61:3 62:3
patrick 2:4
pause 13:6 58:3
paying 31:4
payment 32:19
pdfs 44:19
pearl 2:5
people 11:15
12:4 13:4 14:10
14:17,19 40:21
41:4 50:10
period 10:19
13:17
person 11:18
50:12

personally 21:3
23:18 40:11
47:8 61:11
62:15
pfitzsimmons
2:7
phone 57:22
60:3
place 42:1
plaintiff 1:4 2:3
plaintiff's 3:9
27:1 46:2 51:22
plan 3:13 49:6,9
49:16,20,21 50:3
50:7,11,16 51:2
51:11 52:6,9,12
52:13 55:11,15
55:19 56:10
please 4:8 5:17
15:2 17:1 39:4
60:10,10
pleased 36:16
point 9:5 10:4
14:9 20:7 22:16
29:22 45:8,11,11
48:2
policies 18:15
policy 5:20 12:6
18:13,17 56:5
policy's 49:17
political 6:3
population
12:21
position 7:1 8:5
9:2 23:12
positions 14:11
possible 40:14
47:1

possibly   22:3
post   5:18
posts   7:11
potentially
   25:13
preceding   31:7
preliminaries
   4:15 5:16
premarked
   35:20,21
prep   20:20
prepare   20:16
   49:19
prepared   49:21
   56:7,13,20
present   2:19
   26:19 28:13,17
pretty   31:2
previously   3:9
   3:15 7:18
primarily   18:13
   37:2
primary   17:18
   17:20
principal   45:8
probably   7:19
   22:16 40:6
   51:15 54:21
procedure   61:5
   62:5
proceed   25:18
   42:2
proceeded   29:10
process   50:2,19
   50:22 51:1,9
processes   42:1
produce   40:1

produced   45:3
product   46:17
production
   60:14,15,20
program   3:13
   5:6 8:11 9:15,19
   10:14,17,20 11:2
   11:3 12:14,15
   13:10,21 14:8
   15:22 16:14,20
   17:16,19 20:22
   21:5,8,13,15,18
   23:17 42:11,14
   43:4,15,20 46:12
   46:20 49:7,9,17
   49:19 52:8 53:6
   53:10,21 55:17
   55:22 57:4
progressed
   48:12
project   13:19,22
projects   12:12
   13:9,13
proposed   39:20
provide   32:3,6
   38:10 50:10
provided   30:8
   37:11 46:9
   47:20
provides   55:15
   57:3
public   5:20 6:14
   6:21 11:20,21
   12:15 51:4 59:1
   59:19 61:10,18
   62:15,23 63:23
pursue   37:3

pushing   32:7,10
put   21:18 37:12

**q**

question   19:5
   29:4 42:17
questioning   4:18
questions   29:21
   57:20 58:4

**r**

r   2:1,4 4:1
raised   18:1
   25:12
rate   32:11 41:14
reached   20:8
reaching   12:22
reaction   31:19
   31:20 34:11
read   19:17 52:21
   53:1 61:5,6,12
   62:5,6,17
reading   34:16
   60:17
ready   18:19,21
really   7:22 16:17
   23:13 40:21
reason   21:2
   60:13 62:8 63:3
reasons   32:5
   37:20
recall   12:3 20:21
   21:17 22:2,8,12
   22:17,18 23:7
   24:9,14,17,19
   25:9 28:3,13
   29:10,13,16 30:4
   30:20 31:13
   32:16 34:14,16

34:18 36:20,22
   37:9,18,21 38:2
   38:9 39:10 40:9
   43:5,14,20 44:21
   45:2,19,20 48:10
   49:1,5 50:12
   51:8,12 55:9
   56:12,20 57:12
   57:16,17
receipt   60:16
received   19:22
   39:12 54:3
recess   51:20
recognize   27:10
   31:15 33:14
   35:13 36:2 39:6
   52:1
recollecting
   28:12
recollection
   14:13 28:16
   30:12 34:19
   37:14 40:13
   43:17 44:5
   48:16,19
recommendation
   25:18 26:2
reconfigured
   14:10
reconfiguring
   14:1
record   4:9,20
   5:1 35:16 59:9
   62:9
records   46:22
recount   5:17 6:4
reduced   59:7

**refer** 5:12
**reference** 60:7
  61:2 62:2
**referenced** 61:11
  62:15
**references** 27:17
  48:4
**referred** 5:7
  13:18 14:3 23:1
**refresh** 20:1
**regarding** 48:5
  56:13,21
**regs** 34:4
**regular** 15:7,13
  15:15
**regularly** 14:7
  15:4 23:2
**regulation** 32:18
**related** 12:20
  17:15 18:13
  32:11 43:22
  59:11
**relative** 59:13
**remedies** 57:3
**remedy** 57:8,13
**remember** 6:16
  8:8,9,11 9:6
  10:2,5,6 11:14
  11:17 12:2
  14:14 15:8,12,14
  16:4,7,11,15,17
  16:21 17:4,10,13
  22:10,11,20 23:5
  23:9,10 24:21
  25:6,11 26:22
  28:4,5,6 30:6,14
  30:18,19,22
  31:20 37:19,20

38:8,12,15 39:12
40:14 41:22
44:3,4 45:4,5,15
45:22 46:14
48:13,17,18,22
49:4 50:8 51:3,7
51:14,15 52:13
54:10,17,20 55:1
55:3,6 56:22
**remembering**
  55:5
**rent** 3:6,11,12,17
  25:14 26:15,20
  27:16 28:20
  29:18 30:5 32:8
  37:10 40:2 45:3
  45:7,17
**renting** 26:10
**rents** 24:15
**reorganization**
  9:7
**repeat** 56:17
**report** 9:22 46:8
  56:7,11,13,20
**reported** 1:18
  9:8 10:1,10 17:8
**reporter** 1:18
  61:7
**reporting** 10:6,8
**reports** 17:2
**representing**
  14:19
**request** 26:20
  28:20 29:17
  30:5 32:7 38:15
  62:9,11
**requested** 26:9
  32:4

**requesting** 27:16
**require** 43:1,3
**required** 49:14
  49:15 60:22
**requirement**
  49:10
**requirements**
  43:16
**research** 18:16
**reserve** 58:5
**resident** 15:6,10
**respect** 14:22
  50:15 56:1
  57:18
**respond** 36:20
**responded** 36:22
  44:9
**responds** 36:18
**response** 30:4
**responsibilities**
  10:14,16 18:5
**responsibility**
  17:12,17,18,20
  18:3,11 50:9
**responsible** 50:6
  50:13
**rest** 56:9
**result** 44:21
**retain** 19:19
**returned** 60:16
**review** 25:21,21
  26:3 27:8 29:7,8
  31:9 39:4,10
  49:2 52:22
  53:11,15 54:19
  55:3,6,8 60:11
  61:1 62:1

**reviewed** 20:1
  49:22 50:3 51:2
**reviewer** 48:11
**reviewing** 20:14
  50:6,17 56:9
**rhodes** 1:18 59:2
  59:18
**right** 13:11 14:5
  14:15 16:6,19
  17:10 18:7
  19:15 22:2,7
  24:13 27:4 28:8
  32:13,17 34:22
  35:22 36:18
  37:8 39:13
  40:22 41:4
  42:22 44:14
  47:14 48:15
  52:18 55:2,18
**rob** 2:4
**role** 50:15,22
**roll** 3:12 26:15
  26:20 27:16
  28:20 29:18
  30:5 32:8 40:2
  45:3,7
**rolls** 3:6,11,17
  37:10 45:17
**room** 13:4
**rules** 40:22 41:6
  49:17 61:5 62:5
**run** 39:17
**running** 39:14
**russ** 2:5
**russell** 46:9,10
  46:11 47:3
**russell's** 46:14

**[s - sworn]**                                                              Page 12

| s | | | |
| --- | --- | --- | --- |
| **s**  2:1 3:1 4:1 60:14 62:8,8 63:3 | **shepherding**  50:19,21 | 50:21 51:6 54:21 55:6 | **stopped**  35:16 |
| **sahli**  10:1,10 | **shorthands**  4:22 | **speak**  4:16 | **stored**  46:22 |
| **saw**  8:2 19:14 | **show**  27:1 33:7 35:5,6 38:19 46:1 51:22 | **speaking**  8:1 43:1 | **street**  2:5,11 |
| **saying**  22:1 | | **speaks**  31:18 | **stuff**  7:22 18:21 |
| **says**  55:20 | | **specific**  12:2 24:12 28:6 37:19 44:3 48:13,15 50:12 54:2,6,10 55:4 | **subscribed**  61:10 62:14 63:21 |
| **scheduling**  18:8 | **shown**  60:14 | | **suggesting**  42:14 50:18 |
| **school**  6:8 | **side**  11:21 16:12 | | |
| **science**  6:3 | **signature**  58:5 59:18 60:13 | | **suggestion**  44:14 44:16 |
| **seal**  61:15 62:21 | **signed**  61:13 62:18 | **specifically**  34:18 50:8 | **suggestions**  50:10 |
| **second**  4:21 53:1 | | | |
| **secondary**  5:18 | **significance**  41:15 | **specifics**  30:14 44:4 | **suing**  19:4 |
| **section**  53:2 55:10 | **significant**  13:17 30:7,11 41:9 | **spent**  6:17 | **suite**  1:15 2:6,12 60:2 |
| **see**  23:3 31:15 33:1,12 57:10 | | **st**  1:14 | **summarize**  31:17 |
| | **significantly**  16:9 | **staff**  11:18 37:16 | **summary**  32:2 |
| **send**  39:21 | **signing**  60:17 | **stand**  5:3 | **summer**  6:11 |
| **sending**  34:7 39:15 44:10,19 | **similar**  9:10 14:21 | **start**  33:9 | **sunil**  2:15 20:3 20:18 60:5 |
| | | **started**  6:7,9 10:7 16:2,5,8 35:18 | |
| **sent**  20:3 33:15 33:17,21 34:1 35:14 36:4,5 39:7,11 44:8,22 | **simplicity**  5:12 | | **superior**  60:1 |
| | **sincerely**  60:18 | | **superiors**  45:18 45:21 |
| | **sir**  60:9 | **state**  4:8 61:10 62:15 | |
| | **site**  47:4,14 | | **suppose**  20:20 |
| **sept**  3:12 | **size**  22:6 | **statement**  61:13 61:14 62:19,19 | **sure**  4:10,19 5:14,19 6:7 7:13 15:3 17:4 22:15 26:18 29:5 38:8 40:5,7 42:3 47:12,15,16 48:1 53:3 56:19 |
| **seriously**  40:21 | **skumar**  2:17 | | |
| **seriousness**  57:5 | **sole**  12:17 | **states**  1:1 | |
| **serving**  14:18,19 | **solutions**  1:21 60:1 63:1 | **stenotypy**  59:7 | |
| **sessions**  23:1 | | **step**  40:16 42:15 | |
| **sftp**  3:7 | **sorry**  13:3 33:6 36:6 | **steps**  26:5 38:9 38:12,15 42:3,5 51:4 | |
| **share**  47:2 48:1 | | | **switch**  16:12 |
| **sharepoint**  46:16 46:16 47:2,4,6,8 47:11,14 | **sort**  12:20 13:22 14:1,9 16:2 17:15,16 21:11 22:12,18 25:17 26:1 40:9 43:4 46:15 47:3,12 | **steve**  13:3 | **sworn**  4:5 59:5 61:10,13 62:14 62:18 63:21 |
| | | **steven**  2:10 17:8 | |
| | | **steven.gordon**  2:13 | |
| **sharing**  46:18 | | | |
| **sheet**  60:12 62:7 62:10,18 63:1 | | | |

**system**   47:11

**t**

**t**   3:1,1
**take**   8:5 26:1
    27:6 31:5 32:21
    52:21 57:5
**taken**   4:12 51:20
    59:3,7,12
**talk**   15:17 28:12
**talked**   54:7
**talking**   5:5 28:22
**team**   11:12 12:1
    18:13
**technically**
    20:19
**tell**   15:2 17:1,6
    25:4,9 31:21
**ten**   36:8
**tenants**   18:2
    25:14,15,15
    32:11
**tenure**   9:14
    22:14 23:21
    40:8 43:6,13
    56:12,19
**term**   26:17
**terms**   43:19
**testified**   4:5
**testimony**   59:4,6
    59:9 61:6,7 62:6
    62:9,12
**thanks**   36:19
**thecha.org**   2:17
**thereto**   59:15
**thing**   52:17
**things**   12:7 13:1
    14:11 15:18

18:9,15 19:1
    20:12,19 50:10
    51:6 55:1
**think**   4:22 5:15
    7:6,8 8:6 11:5
    13:15 14:2,4,12
    15:4,12 16:10
    17:8 19:14 22:5
    22:16 23:3,4,9
    35:16 37:19
    40:20 42:5,8
    55:3,8 58:1
**thinking**   39:14
**thirds**   31:10
**thirty**   60:16
**thomas**   17:7
    18:4
**thought**   17:15
    25:19 46:15
    53:11
**threat**   39:21
    40:9
**three**   6:11 7:11
    32:5 57:7
**time**   1:13 7:8 8:6
    9:1,9 10:6 12:15
    16:5 22:3 24:11
    25:8 28:1,19,22
    28:22 32:22
    43:11 48:8
    51:18 54:21
    57:6
**times**   8:7 51:16
**timing**   35:4
**title**   8:6,7,9,12
    9:10 10:2 11:17
    46:14

**titles**   12:2
**today**   19:3 20:16
**told**   20:10 28:8
    29:6 35:19 37:8
**top**   7:11 10:19
    14:15 21:20
    27:7 35:1 43:10
    46:3 55:2 57:15
**topics**   22:20 23:6
**transcribed**   61:7
**transcript**   3:22
    60:10,11 61:5,12
    62:5,11,17
**tried**   46:22
**trigger**   34:19
**true**   59:9
**try**   4:18
**trying**   11:14
    13:15 14:12
    15:4
**turn**   19:2
**two**   31:10 43:4
    51:6 57:6 58:2
**typewriting**   59:8
**typically**   15:15

**u**

**uh**   33:2,4
**ultimate**   11:2,4
**ultimately**   9:18
    38:5
**unassisted**   24:16
    41:12 53:19
    56:2
**undergraduate**
    5:22
**understand**
    23:11 47:10

53:14,16 54:1
**understanding**
    19:8 56:10
**undertake**   13:14
**unit**   57:9
**united**   1:1
**units**   24:16,16
    26:10 39:22
    41:11,12 53:19
    53:20 56:2,3
**university**   5:20
    6:2,8
**unprompted**
    34:10
**update**   50:11
**updating**   50:7
**usable**   38:7
**use**   37:13 46:19

**v**

**v**   60:6 61:3 62:3
**vague**   43:17
**van**   2:16
**various**   4:21
    6:13
**verbal**   30:16
**veritext**   1:21
    60:1,7 63:1
**veritext.com.**
    60:15
**version**   35:5
**versus**   55:6
**violation**   57:7
**voucher**   3:13 5:6
    8:11 9:12,15,19
    10:14,17,20 11:2
    12:14 13:10,20
    14:3,4,6,16

15:22 23:17
43:15 49:6 52:8
**vouchers**  13:17
**vs**  1:5

### w

**wait**  12:11,13,13
**waiting**  13:4,10
**waived**  60:17
**want**  8:8,18
15:14 16:6,10
31:21 32:3,6
37:12 53:1
55:13
**wanted**  8:1 15:9
40:4,6 53:14
**wanting**  25:16
25:17
**washington**  1:15
2:12
**way**  29:6 40:13
47:1 56:4
**ways**  14:17 41:5
54:22
**we've**  44:9 54:11
**went**  9:9 30:13
37:10 43:18
**witness**  4:4 26:8
40:19 41:21
42:8 43:10 48:1
49:13 54:6
56:17 59:4,6,10
60:8,10 61:1,4
61:11 62:1,4,15
**witness'**  60:13
**word**  14:2 19:15
54:22

**words**  37:12
**work**  7:21 18:22
**worked**  6:10,11
6:12,13,14 7:18
12:12 14:1 17:3
46:12
**working**  7:20,22
9:14 18:21
19:13
**writeup**  19:16
**written**  56:7,11
56:13,20
**wrote**  44:17

### x

**xlsx**  44:18

### y

**yeah**  7:16 9:9
18:2 22:10 29:3
37:7 41:6 55:13
**year**  6:17,22
50:5
**years**  6:12,18,20
8:21,21 18:20
**york**  2:6
**yup**  46:6 53:4

### z

**zoom**  2:4,10,20

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.