UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

United States of America, et al.
                                                            Plaintiff,

v.                                                                                   Case No.: 1:18−cv−02022
                                                                                         Honorable Manish S. Shah

Pangea Equity Partners, et al.
                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 19, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The parties jointly requested an extension of the fact discovery deadline to accommodate a scheduled mediation in July. The fact discovery deadline is extended to 12/15/24, and the parties' next joint status report is due 7/18/24. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.