# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

United States of America, et al.

                                      Plaintiff,

v.                                                                      Case No.: 1:18−cv−02022
                                                                    Honorable Manish S. Shah

Pangea Equity Partners, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 11, 2024:

        MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to complete discovery [121] is granted, and no appearance on the motion is necessary. Fact discovery is extended to 2/14/25. The parties' status report on discovery progress remains due 12/9/24, but need not include a proposal for expert discovery (although the court expects the parties to be ready to line up any experts quickly after the close of fact discovery). Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.