**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

United States of America, et al.
                             Plaintiff,

v.                                                            Case No.: 1:18−cv−02022
                                                                    Honorable Manish S. Shah

Pangea Equity Partners, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 15, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file [124] is granted. Plaintiff is directed to file the amended answer as separate entry on the docket. The parties' status report remains due 12/9/24. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.