UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 18 CV 2022 |
| | ) | | |
| PANGEA EQUITY PARTNERS | ) | Judge Manish S. Shah | |

## **WITHDRAWAL OF AUSA BRIAN HAYES**

Please take notice that Assistant United States Attorney Brian Hayes is no longer assigned to this case.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/Brian Hayes*
Brian Hayes
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-2447

Dated: January 10, 2025