# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America, et al.

                                                      Plaintiff,

v.                                                                   Case No.: 1:18−cv−02022
                                                                  Honorable Manish S. Shah

Pangea Equity Partners, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

        MINUTE entry before the Honorable Manish S. Shah: Telephone motion hearing held. For the reasons stated in open court, the motion to conduct and continue depositions [143] is granted. Plaintiff may take a 3−hour deposition of Peter Martay and a two−hour deposition of Justin Wood. Depositions must be completed by 4/30/25. The opening expert disclosure deadline of 5/30/25 remains as set. Telephone status hearing on 5/28/25 at 10:00 a.m. remains as set. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.