# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America, et al.

                                         Plaintiff,

v.                                                        Case No.: 1:18−cv−02022

                                                                              Honorable Manish S. Shah

Pangea Equity Partners, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2025:

        MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time [151] is granted, and no appearance is necessary. The deadline for the supplemental depositions is extended to 6/30/25, and expert disclosures are due 7/30/25. The telephone status hearing on 5/28/25 at 10:00 a.m. remains as set. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.