UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

_____

UNITED STATES OF AMERICA, *ex rel.*

ANTONI MUHAWI,

                             Plaintiff,

    v.                                              Case No.: 18-CV-02022
                                                      Hon. Manish S. Shah

PANGEA EQUITY PARTNERS,
PANGEA EQUITY PARTNERS, LP,
PANGEA EQUITY PARTNERS II, LP,
PANGEA PROPERTIES,
PANGEA VENTURES, LLC,
PANGEA REAL ESTATE, and
PANGEA REAL ESTATE HOLDINGS, LLC,

                             Defendants.
_____

## JOINT STATUS REPORT

Pursuant to this Court's May 28, 2025 Minute entry (Dkt. 154), counsel for Antoni Muhawi ("Relator") and counsel for Pangea Equity Partners, Pangea Equity Partners, LP, Pangea Equity Partners II, LP, Pangea Properties, Pangea Ventures, LLC, Pangea Real Estate, and Pangea Real Estate Holdings, LLC (together, "Defendants") (collectively, the "Parties") submit this joint status report.

As previously reported to the Court, the Parties, along with the United States, have engaged in substantive and productive settlement discussions and have reached an agreement in principle on most terms of a potential settlement. *See* Dkt. 151. While the parties have reached

- 2 -

agreement on most terms, including settlement amount, they have not yet finalized a settlement. The Parties are still negotiating two issues in the draft settlement agreement between Relator and Defendants relating to the timing of the Defendants' dismissal and attorneys' fees. Relator is also finalizing a term in his agreement with the United States regarding the timing and requirements of dismissal.

In the interests of continuing to conserve resources and allowing the Parties to finalize settlement, the Parties respectfully request that the Court extend the current deadlines by forty-five (45) days, as follows:

- Supplemental depositions to be completed by August 14, 2025; and
- Opening expert disclosures due by September 15, 2025.

The Parties will inform the Court immediately when the settlement is finalized.

Dated: June 26, 2025

| | |
|---|---|
| **HODGSON RUSS LLP**<br>*Attorneys for Plaintiff-Relator Antoni Muhawi*<br><br>By: /s/Patrick E. Fitzsimmons<br>Robert J. Fluskey (*pro hac vice*)<br>Patrick E. Fitzsimmons (*pro hac vice*)<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202-4040<br>716.856.4000<br>*rfluskey@hodgsonruss.com*<br>*pfitzsimmons@hodgsonruss.com* | **HOLLAND & KNIGHT LLP**<br>*Attorneys for Pangea Equity Partners, Pangea Equity Partners, LP, Pangea Equity Partners II, LP, Pangea Properties, Pangea Ventures, LLC, Pangea Real Estate and Pangea Real Estate Holdings, LLC*<br><br>By: /s/Michael A. Grill<br>Michael A. Gill<br>Rachel Christine Agius<br>Holland & Knight<br>150 N. Riverside Plaza, Ste. 2700<br>Chicago, IL 60606<br>(312)263-3600<br>*michael.grill@hklaw.com* |