UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>ANTONI MUHAWI,<br><br>      Plaintiffs,<br><br>   v.<br><br>PANGEA EQUITY PARTNERS,<br>PANGEA EQUITY PARTNERS, LP,<br>PANGEA EQUITY PARTNERS II, LP,<br>PANGEA PROPERTIES, PANGEA<br>VENTURES, LLC, PANGEA REAL<br>ESTATE, and PANGEA REAL ESTATE<br>HOLDINGS, LLC,<br><br>      Defendants. | No. 18 C 2022<br><br>Judge Manish S. Shah |

## UNITED STATES' CONSENT TO DISMISSAL

  The United States of America, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, having declined to intervene in this action, will not object to a dismissal of the action, so long as such dismissal is with prejudice to the United States only for Pangea's alleged false certifications that Pangea was not charging more in rent for assisted units under the Housing Choice Voucher Program than they were for comparable unassisted units in the same premises, and thereby knowingly presented and caused to be presented materially false or fraudulent claims to HUD, or knowingly made, used, or caused to be made or used, false records or statements that were material to claims for Housing Assistance Payments, from March 20, 2012, through December 30, 2024, in violation of 31 U.S.C. §§ 3729(a)(1)(A) and (B) (the "Covered Conduct").

1

ANDREW S. BOUTROS
United States Attorney

By: s/ Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1994
linda.wawzenski@usdoj.gov