UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

_____

UNITED STATES OF AMERICA, *ex rel.*

ANTONI MUHAWI,

                              Plaintiff,

    v.                                                 Case No.: 18-CV-02022
                                                                     Hon. Manish S. Shah

PANGEA EQUITY PARTNERS,
PANGEA EQUITY PARTNERS, LP,
PANGEA EQUITY PARTNERS II, LP,
PANGEA PROPERTIES,
PANGEA VENTURES, LLC,
PANGEA REAL ESTATE, and
PANGEA REAL ESTATE HOLDINGS, LLC,

                              Defendants.

_____

## **DISMISSAL ORDER**

       This cause coming before the Court upon the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Court having been advised that this matter has been settled as to all parties, it is hereby ORDERED AND ADJUDGED as follows:

       1.       This action, including all claims and causes of action that were or could have been brought, is dismissed without prejudice its entirety, with leave to reinstate within thirty (30) days of dismissal or until Relator's receipt from the United States of the Relator's share of the settlement amount, whichever comes first (the "Reinstatement Period").

       2.       If a motion to reinstate is not filed within the Reinstatement Period, this action shall

- 2 -

be deemed, without further order of the Court, to be dismissed with prejudice.

3.  During the Reinstatement Period, this Court shall retain jurisdiction solely to the extent necessary to enforce the terms and conditions of the settlement and to facilitate timely payment of Relator's share of the settlement amount.

DATED: August 18, 2025

ENTERED: _____
Manish S. Shah, U.S. District Judge